**BRYAN CAVE LLP**
Ameer Gado, admitted *pro hac vice*
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone:      (314) 259-2000
Facsimile:      (314) 259-2020
E-Mail:      ameer.gado@bryancave.com

**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Robert Padway, California Bar No. 48439
Berrie Goldman, California Bar No. 246061
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:      (415) 675-3400
Facsimile:      (415) 675 3434
E-Mail:      klmarshall@bryancave.com
      robert.padway@bryancave.com
      berrie.goldman@bryancave.com

Attorneys for Plaintiff
AIA AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA, INC., | Case No. 3:10-cv-00482-EDL |
| Plaintiff, | **AIA AMERICA, INC.'S NOTICE OF APPEAL** |
| v. | The Honorable Elizabeth D. Laporte |
| ELAN PHARMACEUTICALS, INC., and ELI LILLY AND COMPANY, | |
| Defendants. | |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

278712.1

Notice is hereby given that Plaintiff AIA America, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the April 14, 2016, Order on Defendants' Motions Regarding the Amount and Reasonableness of the Attorney's Fees Awards, as well as all interlocutory orders, decisions, determinations, and conclusions, whether written or oral, supporting the above judgment, including, but not limited to, those contained in the following orders: (i) the June 5, 2015 Order Granting Defendants' Attorney's Fees Motions and Denying Defendant Eli Lilly's Undertaking Motion; and (ii) the April 14, 2016 Order on Defendants' Motions Regarding the Amount and Reasonableness of the Attorney's Fees Awards.

Dated:  May 13, 2016

Respectfully submitted,

**BRYAN CAVE LLP**


By:  ___/s/ K. Lee Marshall_____
       K. Lee Marshall
Attorneys for Plaintiff
AIA AMERICA, INC.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

ALZHEIMER'S INSTITUTE OF AMERICA v. ELI LILLY & COMPANY, et al.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| | |

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case:  Civil Case

Docket No.  #375; #404                          Date of Judgment/Order: <<06/05/15 & 04/14/16 >>

Cross or related appeal?                         Date of Notice of Appeal: May 13, 2016

Appellant is:               (x )  Plaintiff        ( )  Defendant        ( )  Other (explain)

---

DOCKET FEE STATUS:
( x)  Paid        ( )  Not Paid        Billed On: _____

U.S. Appeal?        Yes  (x )        No  ( )

In forma pauperis?
( )  Granted        ( )  Denied        ( )  Revoked        ( )  Pending        ( x )  Never requested

---

COUNSEL  (List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.):
K. Lee Marshall
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750
314 259-2000

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries

COURT REPORTER:  (Jo Ann Bryce 510 910-5888)

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries

ADRMOP,AO279,APPEAL,CLOSED,E-Filing,MEDIATION,RELATE

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:10-cv-00482-EDL
# Internal Use Only

Alzheimer's Institute of America v. Elan Corporation PLC et al

Assigned to: Magistrate Judge Elizabeth D. Laporte

Relate Case Case: 3:12-mc-80055-EDL

Case in other court: United States Court of Appeals for the Federal Cir, 12-01646

Cause: 35:271 Patent Infringement

Date Filed: 02/02/2010
Date Terminated: 08/03/2012
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Alzheimer's Institute of America**          represented by   **Ameer Gado**
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2745
Fax: (314) 259-2020
Email: ameer.gado@bryancave.com
*ATTORNEY TO BE NOTICED*

**Benjamin Sodey**
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000
Fax: (314) 259-2020
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Berrie Rebecca Goldman**
Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
(415) 675-3436
Fax: (415) 675-3434
Email: berrie.goldman@bryancave.com

*ATTORNEY TO BE NOTICED*

**Guy D. Calladine**

Carlson, Calladine & Peterson LLP
353 Sacramento Street 16th Fl
San Francisco, CA 94111
415-391-8140
Fax: 415-391-3898
Email: gcalladine@ccplaw.com
*ATTORNEY TO BE NOTICED*

**Joshua Kapnick Bart**
Carlson Calladine & Peterson LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
415-391-8753
Fax: 415 391-3898
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
Bryan Cave LLP
560 Mission Street
Suite 2500
San Francisco, CA 94105
415-675-3400
Fax: 415-675-3434
Email: klmarshall@bryancave.com
*ATTORNEY TO BE NOTICED*

**Robert Alan Padway**
Bryan Cave LLP
333 Market Street, Suite 2500
San Francisco, CA 94105-2126
(415) 675-3428
Fax: (415) 675-3434
Email: robert.padway@bryancave.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Elan Corporation PLC**
*TERMINATED: 03/24/2010*

**Defendant**

**Eli Lilly & Company**                    represented by   **Robert Francis McCauley**
Finnegan Henderson Farabow Garrett &
Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

650-849-6600
Fax: 650-849-6666
Email: robert.mccauley@finnegan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Purcell**
Finnegan, Henderson, Farabow, Garrett
and Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
202-408-4000
Fax: 202-408-4400
Email: amy.purcell@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Edmund Lipsey ,**
Finnegan Henderson Farabow Garrett
and Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
517-203-2700
Fax: 202-408-4400
Email: charles.lipsey@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Pollard Masurovsky**
Finnegan Henderson Farabow Garrett
and Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000
Fax: 202-408-4400
Email:
laura.masurovsky@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Scott Burwell**
Finnegan, Henderson, Farabow, Garrett
and Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
517-203-2700

Fax: 202.408-4400
Email: scott.burwell@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leah A. Sevi**
Finnegan, Henderson, Farabow, Garrett
& Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
202-408-4000
*TERMINATED: 05/25/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Manisha Desai**
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285
317-433-5333
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Feldstein ,**
Finnegan Henderson Farabow Garrett
Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
Fax:
Email: mark.feldstein@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel S. Edwards**
Finnegan Henderson Farabow Garrett &
Dunner, L.L.P.
55 Cambridge Parkway, 7th Floor
Cambridge, MA 02142-1215
(617) 452-1600
Fax: (617) 452-1600
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert D. Bajefsky**
Finnegan Henderson Farabow Garrett
and Dunner, LLP
901 New York Avenue, N.W.

Washington, DC 20001
(202) 408-4000
Fax: 202.408-4400
Email: robert.bajefsky@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Frederic Shaffer ,**
Finnegan, Henderson, Farabow, Garrett
and Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000
Fax: 202.408.4400
Email: robert.shaffer@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AnaSpec Incorporated**              represented by **Jeffrey Alan McKinney**
*TERMINATED: 01/03/2011*                             McKinney Law Group APC
                                                     851 Moraga Road
                                                     Bungalow B
                                                     Lafayette, CA 94549
                                                     650-245-6723
                                                     Email:
                                                     jeffrey@mckinneylawgroup.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Immuno-Biological Laboratories, Inc.**   represented by **Nils Rosenquest**
                                                          Rosenquest & Associates
*TERMINATED: 09/13/2010*                                  2720 Taylor Street, Suite 420
                                                          San Francisco, CA 94133
                                                          415-292-0980
                                                          Fax: 415-292-0989
                                                          Email: nrosenquest@earthlink.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen Patrick Doyle**
                                                          Doyle Hance LLC
                                                          Two Carlson Parkway, Suite 230
                                                          Minnetonka, MN 55447
                                                          703-404-8240
                                                          Fax: 703-404-8244
                                                          Email: dryan@doylehance.com
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Stephen William Hance**
Doyle Hance, LLC
Two Carlson Parkway, Suite 230
Minnetonka, MN 55447
763-404-8240
Fax: 763-404-8244
Email: dryan@doylehance.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Life Technologies Corporation**
*TERMINATED: 03/24/2010*
*doing business as*
Invitrogen Corporation
*TERMINATED: 03/24/2010*

**<u>Defendant</u>**

| | | |
|---|---|---|
| **The Jackson Laboratory**<br>*TERMINATED: 08/11/2011* | represented by | **Berrie Rebecca Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Chelsea A Loughran**
Wolf Greenfield & Sacks, P.C
600 Atlantic Avenue
Boston, MA 02210-2206
617-646-8000
Fax: 617-646-8646
Email: cloughran@wolfgreenfield.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael N. Rader**
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
617-646-8000
Fax: 617-646-8646
Email: mrader@wolfgreenfield.com
*TERMINATED: 08/11/2011*

**Todd Andrew Noah**
Dergosits & Noah LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111

(415) 705-6377
Fax: (415) 705-6383
Email: tnoah@dergnoah.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phoenix Pharmaceuticals, Inc.**
*TERMINATED: 01/06/2011*

**Defendant**

**American Peptide Company, Inc.**          represented by   **Bruce Charles Piontkowski**
*TERMINATED: 10/27/2010*                                    Tingley Piontkowski LLP
                                                            10 Almaden Boulevard
                                                            Suite 430
                                                            San Jose, CA 95113
                                                            (408) 283-7000
                                                            Fax: (408) 283-7010
                                                            Email: bpiontkowski@tingleyllp.com
                                                            *TERMINATED: 10/27/2010*
                                                            *LEAD ATTORNEY*

**Defendant**

**Elan Pharmaceuticals, Inc.**              represented by   **Deborah E. Fishman**
                                                            Kaye Scholer LLP
                                                            2 Palo Alto Square, Suite 400
                                                            3000 El Camino Real
                                                            Palo Alto, CA 94306
                                                            650.319.4500
                                                            Fax: 540.319.4700
                                                            Email:
                                                            deborah.fishman@kayescholer.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lloyd R. Day , Jr.**
                                                            Howrey LLP
                                                            1950 University Avenue
                                                            4th Floor
                                                            East Palo Alto, CA 94303
                                                            650.798.3500
                                                            Email: DayL@howrey.com
                                                            *TERMINATED: 03/15/2011*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Assad Hussain Rajani**
                                                            Kaye Scholer LLP
                                                            2 Palo Alto Square, Suite 400

3000 El Camino Real
Palo Alto, CA 94306
650.319.4500
Fax: 650.319.4700
Email: assad.rajani@kayescholer.com
*ATTORNEY TO BE NOTICED*

**Charles D. Ossola**
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200
Fax: (202) 420-2201
Email: cossola@velaw.com
*TERMINATED: 12/27/2012*

**Jessica Leigh Hubley**
Dickstein Shapiro LLP
700 Hansen Way
Palo Alto, CA 94304
650-690-9562
Fax: 650-690-9501
Email: HubleyJ@dicksteinshapiro.com
*TERMINATED: 10/03/2012*
*ATTORNEY TO BE NOTICED*

**Katie Jeannine Lewis Scott**
Kaye Scholer LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA 94306
650.319.4500
Fax: 650.319.4700
Email: katie.scott@kayescholer.com
*ATTORNEY TO BE NOTICED*

**Jackie Naomi Nakamura**
Howrey LLP
1950 University Avenue
4th Floor
East Palo Alto, CA 94303
650-798-3500
Fax: 650-798-3600
Email: NakamuraJ@howrey.com
*TERMINATED: 03/15/2011*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Elan Pharmaceuticals, Inc.**                    represented by  **Deborah E. Fishman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Assad Hussain Rajani**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Charles D. Ossola**
                                                                (See above for address)
                                                                *TERMINATED: 12/27/2012*

                                                                **Jackie Naomi Nakamura**
                                                                (See above for address)
                                                                *TERMINATED: 03/15/2011*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Katie Jeannine Lewis Scott**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**United States of America/C-IP**                 represented by  **Gary Lee Hausken**
                                                                Us Doj/Civil Div
                                                                Commerical Litigation Br
                                                                Washington, DC 20530-0001
                                                                202-307-0342
                                                                Fax: 202-307-0345
                                                                Email: gary.hausken@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Alzheimer's Institute of America, Inc.**        represented by  **Berrie Rebecca Goldman**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kenneth Lee Marshall**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Michael J. Mullan**

**Counter-defendant**

**Ronald E. Sexton**

<u>**Counter-claimant**</u>

**AnaSpec Incorporated**                      represented by **Jeffrey Alan McKinney**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


V.

<u>**Counter-defendant**</u>

**Alzheimer's Institute of America**          represented by **Ameer Gado**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Benjamin Sodey**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Berrie Rebecca Goldman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth Lee Marshall**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert Alan Padway**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

<u>**Counter-claimant**</u>

**The Jackson Laboratory**                    represented by **Todd Andrew Noah**
*TERMINATED: 08/11/2011*                                      (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


V.

<u>**Counter-defendant**</u>

**Alzheimer's Institute of America**          represented by **Ameer Gado**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Benjamin Sodey**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Berrie Rebecca Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alan Padway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**AnaSpec Incorporated**                    represented by    **Jeffrey Alan McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Alzheimer's Institute of America**        represented by    **Ameer Gado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Sodey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Berrie Rebecca Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alan Padway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Elan Pharmaceuticals, Inc.**              represented by    **Deborah E. Fishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lloyd R. Day , Jr.**
(See above for address)
*TERMINATED: 03/15/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assad Hussain Rajani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles D. Ossola**
(See above for address)
*TERMINATED: 12/27/2012*

**Jessica Leigh Hubley**
(See above for address)
*TERMINATED: 10/03/2012*
*ATTORNEY TO BE NOTICED*

**Katie Jeannine Lewis Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackie Naomi Nakamura**
(See above for address)
*TERMINATED: 03/15/2011*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Alzheimer's Institute of America**    represented by **Ameer Gado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Sodey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Berrie Rebecca Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alan Padway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**The Jackson Laboratory**                    represented by **Chelsea A Loughran**
*TERMINATED: 08/11/2011*                                    (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael N. Rader**
                                                            (See above for address)
                                                            *TERMINATED: 08/11/2011*

                                                            **Todd Andrew Noah**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Alzheimer's Institute of America**          represented by **Ameer Gado**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Benjamin Sodey**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Berrie Rebecca Goldman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kenneth Lee Marshall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert Alan Padway**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Elan Pharmaceuticals, Inc.**                represented by **Deborah E. Fishman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Assad Hussain Rajani**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles D. Ossola**
(See above for address)
*TERMINATED: 12/27/2012*

**Jackie Naomi Nakamura**
(See above for address)
*TERMINATED: 03/15/2011*
*ATTORNEY TO BE NOTICED*

**Katie Jeannine Lewis Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Elan Pharmaceuticals, Inc.**                represented by    **Deborah E. Fishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lloyd R. Day , Jr.**
(See above for address)
*TERMINATED: 03/15/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assad Hussain Rajani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles D. Ossola**
(See above for address)
*TERMINATED: 12/27/2012*

**Katie Jeannine Lewis Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackie Naomi Nakamura**
(See above for address)
*TERMINATED: 03/15/2011*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Alzheimer's Institute of America**

represented by **Ameer Gado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Sodey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Berrie Rebecca Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alan Padway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Elan Pharmaceuticals, Inc.**

represented by **Deborah E. Fishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lloyd R. Day , Jr.**
(See above for address)
*TERMINATED: 03/15/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assad Hussain Rajani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles D. Ossola**
(See above for address)
*TERMINATED: 12/27/2012*

**Katie Jeannine Lewis Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jackie Naomi Nakamura**
(See above for address)
*TERMINATED: 03/15/2011*

*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Elan Pharmaceuticals, Inc.**                      represented by **Deborah E. Fishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assad Hussain Rajani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles D. Ossola**
(See above for address)
*TERMINATED: 12/27/2012*

**Jackie Naomi Nakamura**
(See above for address)
*TERMINATED: 03/15/2011*
*ATTORNEY TO BE NOTICED*

**Katie Jeannine Lewis Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Alzheimer's Institute of America**                represented by **Ameer Gado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Benjamin Sodey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Berrie Rebecca Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alan Padway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Alzheimer's Institute of America, Inc.**    represented by  **Berrie Rebecca Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Lee Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2010 | 1 | COMPLAINT /issued summons against AnaSpec Incorporated, Elan Corporation PLC, Eli Lilly & Company, Immuno-Biological Laboratories, Inc., Life Technologies Corporation, Phoenix Pharmaceuticals, Inc., The Jackson Laboratory ( Filing fee $ 350, receipt number 34611041902.). Filed byAlzheimer's Institute of America. (ga, COURT STAFF) (Filed on 2/2/2010) (ga, COURT STAFF). (Entered: 02/03/2010) |
| 02/02/2010 | 2 | NOTICE OF RELATED CASES by Alzheimer's Institute of America (ga, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/03/2010) |
| 02/02/2010 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 5/6/2010. Case Management Conference set for 5/13/2010 10:00 AM in Courtroom B, 15th Floor, San Francisco.. Signed by Judge Maria-Elena James on 2/2/10. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/03/2010) |
| 02/02/2010 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 4 | REPORT on the filing of an action regarding PATENT INFRINGEMENT (cc: form mailed to register). (ga, COURT STAFF) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/12/2010 | 5 | MOTION for attorney Ameer Gado leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611042333.) filed by Alzheimer's Institute of America. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/12/2010 | 6 | MOTION for attorney Lee Marshall leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611042333.) filed by Alzheimer's Institute of America. (Attachments: # 1 Proposed Order)(ga, COURT STAFF) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/16/2010 | 7 | ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION. Signed by Judge Maria-Elena James on 2/16/2010. (mejlc1, COURT STAFF) (Filed on 2/16/2010) (Entered: 02/16/2010) |

| 02/19/2010 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by Alzheimer's Institute of America. (Goldman, Berrie) (Filed on 2/19/2010) (Entered: 02/19/2010) |
|---|---|---|
| 02/19/2010 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/22/2010 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Charles R. Breyer for all further proceedings. Judge Magistrate Judge Maria-Elena James no longer assigned to the case.. Signed by Executive Committee on 2/22/10. (as, COURT STAFF) (Filed on 2/22/2010) (Entered: 02/22/2010) |
| 02/24/2010 | 11 | ORDER by Judge Charles R. Breyer granting 5 Motion for Pro Hac Vice (A Grado) (be, COURT STAFF) (Filed on 2/24/2010) (Entered: 02/24/2010) |
| 02/24/2010 | 12 | ORDER by Judge Charles R. Breyer granting 6 Motion for Pro Hac Vice (K L Marshall) (be, COURT STAFF) (Filed on 2/24/2010) (Entered: 02/24/2010) |
| 02/26/2010 | 13 | CLERKS NOTICE Initial Case Management Conference set for 5/14/2010 08:30 AM. (Attachments: # 1 Standing Order) (be, COURT STAFF) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 03/24/2010 | 14 | AMENDED COMPLAINT against AnaSpec Incorporated, Eli Lilly & Company, Immuno-Biological Laboratories, Inc., Phoenix Pharmaceuticals, Inc., The Jackson Laboratory, American Peptide Company, Inc., Elan Pharmaceuticals, Inc.. Filed byAlzheimer's Institute of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Goldman, Berrie) (Filed on 3/24/2010) (Entered: 03/24/2010) |
| 03/24/2010 | 15 | *** FILED IN ERROR. REFER TO DOCUMENT 16 . *** Certificate of Interested Entities by Alzheimer's Institute of America (Goldman, Berrie) (Filed on 3/24/2010) Modified on 3/24/2010 (feriab, COURT STAFF). (Entered: 03/24/2010) |
| 03/24/2010 | 16 | Certificate of Interested Entities by Alzheimer's Institute of America *CORRECTION OF DOCKET # 15* . (Goldman, Berrie) (Filed on 3/24/2010) (Entered: 03/24/2010) |
| 03/24/2010 | 17 | Amended Complaint Summons Issued as to American Peptide Company, Inc., AnaSpec Incorporated, Elan Pharmaceuticals, Inc., Eli Lilly & Company, Immuno-Biological Laboratories, Inc., Phoenix Pharmaceuticals, Inc., The Jackson Laboratory. (mcl, COURT STAFF) (Entered: 03/24/2010) |
| 03/24/2010 | 🔒 | (Court only) *** Party Elan Corporation PLC and Life Technologies Corporation terminated. (mcl, COURT STAFF) (Entered: 03/25/2010) |
| 04/06/2010 | 18 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re |

| | | |
|---|---|---|
| | | 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *Mark A. Kowal, Esq. for Immuno-Biological Labs, Inc.* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | 19 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *American Peptide Institute* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | 20 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *ANASPEC INC* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | 21 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *Elan Pharmaceuticals* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | 22 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *Eli Lilly and Company* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | 23 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *Phoenix Pharmaceuticals* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/06/2010 | 24 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 17 Summons Issued, 3 ADR Scheduling Order, 14 Amended Complaint, 13 Clerks Notice *The Jackson Laboratory* (Goldman, Berrie) (Filed on 4/6/2010) (Entered: 04/06/2010) |
| 04/13/2010 | 25 | MOTION for Extension of Time to File Response/Reply *DEFENDANT ELI LILLY AND COMPANY'S UNOPPOSED MOTION TO CHANGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE [CIV. L.R. 6-3]; SUPPORTING DECLARATION OF ROBERT F. MCCAULEY; [PROPOSED] ORDER* filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 4/13/2010) (Entered: 04/13/2010) |
| 04/15/2010 | 26 | ORDER to change time to respond and to continue CMC by Judge Charles R. Breyer granting 25 Motion for Extension of Time to File Response/Reply (be, COURT STAFF) (Filed on 4/15/2010) (Entered: 04/15/2010) |
| 04/15/2010 | | Set/Reset Hearings: Initial Case Management Conference set for 8/13/2010 08:30 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 4/15/2010) (Entered: 04/15/2010) |

| 04/16/2010 | 27 | MOTION for leave to appear in Pro Hac Vice (Chelsea A. Loughran) ( Filing fee $ 210, receipt number 34611044800.) filed by The Jackson Laboratory. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 4/16/2010) (Entered: 04/16/2010) |
| --- | --- | --- |
| 04/16/2010 | 28 | MOTION for leave to appear in Pro Hac Vice (Michael N. Rader) ( Filing fee $ 210, receipt number 34611044792.) filed by The Jackson Laboratory. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 4/16/2010) (Entered: 04/16/2010) |
| 04/19/2010 | 29 | ORDER by Judge Charles R. Breyer granting 27 Motion for Pro Hac Vice (C. A. Loughran) (be, COURT STAFF) (Filed on 4/19/2010) Modified on 4/20/2010 (mcl, COURT STAFF). (Entered: 04/19/2010) |
| 04/19/2010 | 30 | ORDER by Judge Charles R. Breyer granting 28 Motion for Pro Hac Vice (M. N. Rader) (be, COURT STAFF) (Filed on 4/19/2010) (Entered: 04/19/2010) |
| 04/19/2010 | 🔒 | (Court only) ***Attorney Chelsea A Loughran,Michael Rader for The Jackson Laboratory added. (mcl, COURT STAFF) (Entered: 04/20/2010) |
| 04/29/2010 | 31 | MOTION for leave to appear in Pro Hac Vice (Stephen Patrick Doyle) ( Filing fee $ 210, receipt number 34611045245.) filed by Immuno-Biological Laboratories, Inc. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 4/29/2010) (Entered: 04/30/2010) |
| 04/29/2010 | 32 | MOTION for leave to appear in Pro Hac Vice (Stephen William Hance) ( Filing fee $ 210, receipt number 34611045246.) filed by Immuno-Biological Laboratories, Inc. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 4/29/2010) (Entered: 04/30/2010) |
| 05/04/2010 | 33 | ORDER by Judge Charles R. Breyer granting 31 Motion for Pro Hac Vice (S. P. Doyle) (be, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 34 | ORDER by Judge Charles R. Breyer granting 32 Motion for Pro Hac Vice (S. W. Hance) (be, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 35 | MOTION for leave to appear in Pro Hac Vice (S. Scott Burwell) ( Filing fee $ 210, receipt number 34611045393.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 36 | MOTION for leave to appear in Pro Hac Vice (Robert D. Bajefsky) ( Filing fee $ 210, receipt number 34611045397.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 37 | MOTION for leave to appear in Pro Hac Vice (Manisha A. Desai) |

| | | |
|---|---|---|
| | | ( Filing fee $ 210, receipt number 34611045398.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 38 | MOTION for leave to appear in Pro Hac Vice (Charles E. Lipsey) ( Filing fee $ 210, receipt number 34611045394.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 39 | MOTION for leave to appear in Pro Hac Vice (Laura P. Masurovsky) ( Filing fee $ 210, receipt number 34611045392.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 40 | MOTION for leave to appear in Pro Hac Vice (Amy E.Purcell) ( Filing fee $ 210, receipt number 34611045395.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 41 | MOTION for leave to appear in Pro Hac Vice (Leah A. Sevi) ( Filing fee $ 210, receipt number 34611045396.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 42 | MOTION for leave to appear in Pro Hac Vice (Robert F. Shaffer) ( Filing fee $ 210, receipt number 34611045399.) filed by Eli Lilly & Company. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on 5/4/2010) (Entered: 05/04/2010) |
| 05/04/2010 | 🔒 | (Court only) ***Attorney Stephen Patrick Doyle,Stephen William Hance for Immuno-Biological Laboratories, Inc. added. (mcl, COURT STAFF) (Entered: 05/05/2010) |
| 05/06/2010 | 43 | ORDER by Judge Charles R. Breyer granting 35 Motion for Pro Hac Vice (L. S. Burwell); granting 36 Motion for Pro Hac Vice (R. D. Bajefsky); granting 37 Motion for Pro Hac Vice (M. A. Desai); granting 38 Motion for Pro Hac Vice (C. E. Lipsey); granting 39 Motion for Pro Hac Vice (l. P. Masurovsy); granting 40 Motion for Pro Hac Vice (A. E. Purcell); granting 41 Motion for Pro Hac Vice (L. A. Sevi); granting 42 Motion for Pro Hac Vice (R. F. Shaffer) (be, COURT STAFF) (Filed on 5/6/2010) (Entered: 05/06/2010) |
| 05/06/2010 | 🔒 | (Court only) ***Attorney Manisha Desai,Charles E. Lipsey,L. Scott Burwell,Robert D. Bajefsky,Laura P. Masurovksy,Robert F. Shaffer,Amy E. Purcell,Leah A. Sevi for Eli Lilly & Company added. (mcl, COURT STAFF) (Entered: 05/07/2010) |
| 05/25/2010 | 44 | NOTICE of Change In Counsel by Robert Francis McCauley (McCauley, Robert) (Filed on 5/25/2010) (Entered: 05/25/2010) |
| 05/25/2010 | 🔒 | (Court only) *** Attorney Leah A. Sevi terminated. (mcl, COURT STAFF) (Entered: 05/26/2010) |

| 07/14/2010 | 45 | *Anaspec Inc.'s* ANSWER to Amended Complaint *for Damages and Infringement,* First COUNTERCLAIM *for Declaratory Judgment* against Alzheimer's Institute of America byAnaSpec Incorporated. (McKinney, Jeffrey) (Filed on 7/14/2010) (Entered: 07/14/2010) |
|---|---|---|
| 07/15/2010 | 46 | MOTION to Dismiss filed by Immuno-Biological Laboratories, Inc.. Motion Hearing set for 8/27/2010 09:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Doyle, Stephen) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 47 | Declaration of Mark A. Kowal in Support of 46 MOTION to Dismiss filed byImmuno-Biological Laboratories, Inc.. (Related document(s) 46 ) (Doyle, Stephen) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 48 | *The Jackson Laboratory's* ANSWER to Amended Complaint, COUNTERCLAIM against Alzheimer's Institute of America byThe Jackson Laboratory. (Noah, Todd) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 49 | Certificate of Interested Entities by The Jackson Laboratory (Noah, Todd) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 50 | Certificate of Interested Entities by AnaSpec Incorporated identifying Corporate Parent Eurogentec, Corporate Parent Kaneka for AnaSpec Incorporated. (McKinney, Jeffrey) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 51 | AMENDED ANSWER to *AIA's First Amended Complaint,* First COUNTERCLAIM against Alzheimer's Institute of America byAnaSpec Incorporated. (McKinney, Jeffrey) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/16/2010 | 52 | ANSWER to Counterclaim *ALZHEIMER'S INSTITUTE OF AMERICA'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO ANASPEC'S COUNTERCLAIMS* byAlzheimer's Institute of America. (Goldman, Berrie) (Filed on 7/16/2010) (Entered: 07/16/2010) |
| 07/16/2010 | 53 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America *CERTIFICATE OF SERVICE RE ALZHEIMER'S INSTITUTE OF AMERICA'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO ANASPEC'S COUNTERCLAIMS* (Goldman, Berrie) (Filed on 7/16/2010) (Entered: 07/16/2010) |
| 07/16/2010 | 54 | CERTIFICATE OF SERVICE by AnaSpec Incorporated *for Anaspec Inc.'s Amended Answer to Complaint* (McKinney, Jeffrey) (Filed on 7/16/2010) (Entered: 07/16/2010) |
| 07/16/2010 | 55 | CERTIFICATE OF SERVICE by AnaSpec Incorporated *for Anaspec Inc.'s Corporate Disclosure Statement* (McKinney, Jeffrey) (Filed on 7/16/2010) (Entered: 07/16/2010) |

| 07/19/2010 | 56 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *ADR Certification of Plaintiff Alzheimer's Institute of America and Counsel* (Goldman, Berrie) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| --- | --- | --- |
| 07/19/2010 | 57 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 56 ADR Certification (ADR L.R. 3-5 b)of discussion of ADR options (Goldman, Berrie) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/19/2010 | 58 | *American Peptide Company, Inc.'s* ANSWER to Amended Complaint *and Demand for Jury Trial* byAmerican Peptide Company, Inc.. (Piontkowski, Bruce) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/19/2010 | 59 | Certificate of Interested Entities by American Peptide Company, Inc. (Piontkowski, Bruce) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/19/2010 | 60 | ANSWER to Amended Complaint *DEFENDANT ELI LILLY AND COMPANY'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT* byEli Lilly & Company. (McCauley, Robert) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/19/2010 | 61 | Certificate of Interested Entities by Eli Lilly & Company (McCauley, Robert) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/19/2010 | 62 | ANSWER to Amended Complaint, COUNTERCLAIM against Alzheimer's Institute of America byElan Pharmaceuticals, Inc.. (Nakamura, Jackie) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/20/2010 | 63 | MOTION to Appear by Telephone *at Initial Case Management Conference* filed by The Jackson Laboratory. (Noah, Todd) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 64 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by The Jackson Laboratory* (Noah, Todd) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 65 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *ADR CERTIFICATION BY PARTIES AND COUNSEL* (McCauley, Robert) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 66 | Certificate of Interested Entities by Elan Pharmaceuticals, Inc. (Nakamura, Jackie) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 67 | CERTIFICATE OF SERVICE by American Peptide Company, Inc. re 59 Certificate of Interested Entities, 58 Answer to Amended Complaint (Piontkowski, Bruce) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 68 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *for AnaSpec, Inc.* (McKinney, Jeffrey) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/20/2010 | 69 | CERTIFICATE OF SERVICE by Eli Lilly & Company re 60 Answer to Amended Complaint *DEFENDANT ELI LILLY AND COMPANY'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; 61* |

| | | |
|---|---|---|
| | | *CERTIFICATE OF INTERESTED ENTITIES;* 65 *ADR CERTIFICATION BY PARTIES AND COUNSEL* (McCauley, Robert) (Filed on 7/20/2010) (Entered: 07/20/2010) |
| 07/21/2010 | 70 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Elan Pharmaceuticals, Inc.* (Nakamura, Jackie) (Filed on 7/21/2010) (Entered: 07/21/2010) |
| 07/22/2010 | 71 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Goldman, Berrie) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 07/22/2010 | 72 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America re 71 Notice of need of ADR Phone Conference (ADR L.R. 3-5 d) (Goldman, Berrie) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 07/22/2010 | 73 | Certificate of Interested Entities by Immuno-Biological Laboratories, Inc. (Doyle, Stephen) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 07/22/2010 | 74 | CERTIFICATE OF SERVICE by Immuno-Biological Laboratories, Inc. re 46 MOTION to Dismiss, 47 Declaration in Support (Doyle, Stephen) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 07/22/2010 | 75 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by IBL-AMERICA* (Doyle, Stephen) (Filed on 7/22/2010) (Entered: 07/22/2010) |
| 07/23/2010 | 76 | ADR Clerks Notice Setting ADR Phone Conference on 8/10/10 at 1:00 p.m. Pacific time. Please take note that at the appointed time, all parties shall call 712-775-7300 and use access code 847955. (sgd, COURT STAFF) (Filed on 7/23/2010) (Entered: 07/23/2010) |
| 07/23/2010 | 77 | ORDER by Judge Charles R. Breyer granting 63 Motion to Appear by Telephone at the CMC (be, COURT STAFF) (Filed on 7/23/2010) (Entered: 07/23/2010) |
| 07/23/2010 | 81 | SUMMONS on Counterclaims Issued as to Counterclaim-Defendant Michael J. Mullan.(tn, COURT STAFF) (Filed on 7/23/2010) (Entered: 07/28/2010) |
| 07/23/2010 | 82 | SUMMONS on Counterclaims Issued as to Counterclaim-Defendant Ronald E. Sexton.(tn, COURT STAFF) (Filed on 7/23/2010) (Entered: 07/28/2010) |
| 07/27/2010 | 78 | CERTIFICATE OF SERVICE by Elan Pharmaceuticals, Inc. (Day, Lloyd) (Filed on 7/27/2010) (Entered: 07/27/2010) |
| 07/27/2010 | 79 | CERTIFICATE OF SERVICE by Elan Pharmaceuticals, Inc. (Day, Lloyd) (Filed on 7/27/2010) (Entered: 07/27/2010) |
| 07/28/2010 | 80 | AMENDED ANSWER to *First Amended Complaint*, COUNTERCLAIM against Alzheimer's Institute of America byThe Jackson Laboratory. (Noah, Todd) (Filed on 7/28/2010) (Entered: 07/28/2010) |

| 07/28/2010 | 83 | STIPULATION *Stipulated Request for Extension of Case Management Conference and Time for AIA's Answer* by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc., Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Attachments: # 1 Proposed Order) (Nakamura, Jackie) (Filed on 7/28/2010) (Entered: 07/28/2010) |
| --- | --- | --- |
| 07/29/2010 | 84 | ORDER for extension of CMC and time for answer re 83 Stipulation, filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc., Elan Pharmaceuticals, Inc.. Signed by Judge Charles R. Breyer on 7/29/2010. (be, COURT STAFF) (Filed on 7/29/2010) (Entered: 07/29/2010) |
| 07/29/2010 | | Set Deadlines/Hearings: Case Management Statement due by 10/15/2010. Initial Case Management Conference set for 10/22/2010 08:30 AM. (be, COURT STAFF) (Filed on 7/29/2010) (Entered: 07/30/2010) |
| 07/30/2010 | 85 | MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* filed by Eli Lilly & Company. Motion Hearing set for 9/3/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(McCauley, Robert) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 07/30/2010 | 86 | Declaration of LAURA P. MASUROVSKY in Support of 85 MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* filed byEli Lilly & Company. (Attachments: # 1 Exhibits 1 through 15)(Related document(s) 85 ) (McCauley, Robert) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 07/30/2010 | 87 | Declaration of PATRICK C. MAY in Support of 85 MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER VENUE UNDER 28 U.S.C. 1404(a)* filed byEli Lilly & Company. (Related document(s) 85 ) (McCauley, Robert) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 07/30/2010 | 88 | Declaration of MICHAEL L. HUTTON in Support of 85 MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER VENUE UNDER 28 U.S.C. 1404(a)* filed byEli Lilly & Company. (Related document(s) 85 ) (McCauley, Robert) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 07/30/2010 | 89 | Declaration of DR. BRUCE D. GITTER in Support of 85 MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER VENUE UNDER 28 U.S.C. 1404(a)* filed byEli Lilly & Company. (Related document(s) 85 ) (McCauley, Robert) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 08/05/2010 | 90 | STIPULATION *AND PROPOSED ORDER REQUESTING CONTINUANCE OF HEARING ON DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* by Alzheimer's |

| | | |
|---|---|---|
| | | Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 8/5/2010) (Entered: 08/05/2010) |
| 08/05/2010 | 91 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. re 90 Stipulation, (Goldman, Berrie) (Filed on 8/5/2010) (Entered: 08/05/2010) |
| 08/06/2010 | 92 | STIPULATION *AND PROPOSED ORDER REQUESTING ORDER CHANGING TIME FOR OPPOSITION TO AND REPLY IN SUPPORT OF IMMUNO-BIOLOGICAL LABORATORIES' MOTION TO DISMISS* by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 8/6/2010) (Entered: 08/06/2010) |
| 08/06/2010 | 93 | CERTIFICATE OF SERVICE by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. re 92 Stipulation, *AND PROPOSED ORDER REQUESTING ORDER CHANGING TIME FOR OPPOSITION TO AND REPLY IN SUPPORT OF IMMUNO-BIOLOGICAL LABORATORIES' MOTION TO DISMISS* (Goldman, Berrie) (Filed on 8/6/2010) (Entered: 08/06/2010) |
| 08/09/2010 | 94 | ORDER re 90 Stipulation, filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc., Set/Reset Deadlines 85 MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER*. Motion Hearing set for 9/24/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 8/6/2010. (be, COURT STAFF) (Filed on 8/9/2010) (Entered: 08/09/2010) |
| 08/09/2010 | 95 | CLERKS NOTICE Continuing Motion Hearing Motion to Dismiss Hearing reset for 9/24/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 8/9/2010) (Entered: 08/09/2010) |
| 08/09/2010 | 96 | ORDER re 92 Stipulation, filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc., Set/Reset Deadlines as to 46 MOTION to Dismiss. Responses due by 8/13/2010. Replies due by 8/20/2010.. Signed by Judge Charles R. Breyer on 8/9/2010. (be, COURT STAFF) (Filed on 8/9/2010) (Entered: 08/09/2010) |
| 08/09/2010 | | ***Set/Reset Deadlines as to 46 MOTION to Dismiss. Motion Hearing set for 9/24/2010 10:00 AM. (mcl, COURT STAFF) (Entered: 08/10/2010) |
| 08/11/2010 | | ADR Remark: ADR Phone Conference held by RWS on 8/10/10. (sgd, COURT STAFF) (Filed on 8/11/2010) (Entered: 08/11/2010) |
| 08/13/2010 | 97 | ANSWER TO COUNTERCLAIM *ALZHEIMER'S INSTITUTE OF AMERICA'S ANSWER TO 80 THE JACKSON LABORATORY'S FIRST AMENDED COUNTERCLAIMS* byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc. (Goldman, Berrie) (Filed on |

| | | 8/13/2010) Modified on 8/16/2010 (mcl, COURT STAFF). (Entered: 08/13/2010) |
|---|---|---|
| 08/18/2010 | 98 | ADR Clerks Notice A further ADR Phone Conference scheduled for 8/26/10 at 1:30 p.m. Pacific time with call-in information. (sgd, COURT STAFF) (Filed on 8/18/2010) (Entered: 08/18/2010) |
| 08/26/2010 | | ADR Remark: ADR Phone Conference held 8/26/2010 with Robin W. Siefkin, ADR Program Staff Attorney. (cmf, COURT STAFF) (Filed on 8/26/2010) (Entered: 09/01/2010) |
| 08/27/2010 | 99 | Memorandum in Opposition to 85 Motion to Sever *OPPOSITION OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA TO DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc. (Goldman, Berrie) (Filed on 8/27/2010) Modified on 8/30/2010 (mcl, COURT STAFF). (Entered: 08/27/2010) |
| 08/27/2010 | 100 | DECLARATION of BERRIE R. GOLDMAN in Opposition to 85 Motion to Sever *DECLARATION OF BERRIE R. GOLDMAN IN SUPPORT OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA'S OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related document(s) 99 ) (Goldman, Berrie) (Filed on 8/27/2010) Modified on 8/30/2010 (mcl, COURT STAFF). (Entered: 08/27/2010) |
| 08/30/2010 | 101 | STIPULATION and Proposed Order selecting Mediation by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. *STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS* (Goldman, Berrie) (Filed on 8/30/2010) (Entered: 08/30/2010) |
| 09/03/2010 | 102 | ORDER REFERRING CASE to Mediation.. Signed by Judge Charles R. Breyer on 9/1/2010. (be, COURT STAFF) (Filed on 9/3/2010) (Entered: 09/03/2010) |
| 09/10/2010 | 103 | ADR Clerk's Notice Appointing Vicki Veenker as Mediator. (cmf, COURT STAFF) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | 104 | Reply to Opposition *REPLY IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* filed byEli Lilly & Company. (McCauley, Robert) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/13/2010 | 105 | NOTICE of Voluntary Dismissal *STIPULATED VOLUNTARY DISMISSAL BETWEEN PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA AND DEFENDANT IMMUNO-BIOLOGICAL LABORATORIES, INC.* by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. (Goldman, Berrie) (Filed on 9/13/2010) (Entered: 09/13/2010) |

| | | |
|---|---|---|
| 09/13/2010 | 🔒 | (Court only) *** Party Immuno-Biological Laboratories, Inc. terminated. (be, COURT STAFF) (Filed on 9/13/2010) (Entered: 09/13/2010) |
| 09/13/2010 | 🔒 | (Court only) ***Motions terminated: 46 MOTION to Dismiss filed by Immuno-Biological Laboratories, Inc.. (be, COURT STAFF) (Filed on 9/13/2010) (Entered: 09/14/2010) |
| 09/15/2010 | 106 | Answer to Amended Complaint *Elan Pharmaceuticals, Inc.'s Answer and First Amended Counterclaims to Alzheimer's Institute of America, Inc.'s First Amended Complaint for Damages and Infringement*, Amended COUNTERCLAIM against Alzheimer's Institute of America byElan Pharmaceuticals, Inc.., Elan Pharmaceuticals, Inc.. (Nakamura, Jackie) (Filed on 9/15/2010) (Entered: 09/15/2010) |
| 09/24/2010 | 107 | Minute Entry: Motion Hearing held on 9/24/2010 before Hon. Charles R Breyer (Date Filed: 9/24/2010) re 85 MOTION to Sever *DEFENDANT ELI LILLY AND COMPANY'S MOTION TO SEVER AND TRANSFER* filed by Eli Lilly & Company. (Court Reporter Connie Kuhl.) (awb, COURT STAFF) (Date Filed: 9/24/2010) (Entered: 09/24/2010) |
| 09/27/2010 | 108 | ORDER by Judge Charles R. Breyer denying 85 Motion to Sever (sis, COURT STAFF) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/30/2010 | 109 | MOTION to Dismiss *MOTION OF ALZHEIMER'S INSTITUTE OF AMERICA, INC., MICHAEL J. MULLAN, AND RONALD E. SEXTON TO DISMISS CERTAIN COUNTERCLAIMS BY COUNTERCLAIM PLAINTIFF ELAN PHARMACEUTICALS, INC.* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. Motion Hearing set for 12/3/2010 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Goldman, Berrie) (Filed on 9/30/2010) (Entered: 09/30/2010) |
| 09/30/2010 | 110 | Declaration of LEE MARSHALL in Support of 109 MOTION to Dismiss *MOTION OF ALZHEIMER'S INSTITUTE OF AMERICA, INC., MICHAEL J. MULLAN, AND RONALD E. SEXTON TO DISMISS CERTAIN COUNTERCLAIMS BY COUNTERCLAIM PLAINTIFF ELAN PHARMACEUTICALS, INC. DECLARATION OF LEE MARSHALL IN SUPPORT OF ALZHEIMER'S INSTITUTE OF AMERICA, INC., MICHAEL J. MULLAN, AND RONALD E. SEXTON'S MOTION TO DISMISS CERTAIN COUNTERCLAIMS BY COUNTERCLAIM PLAINTIFF ELAN PHARMACEUTICALS, INC.* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Ex. E, # 6 Exhibit Ex. F) (Related document(s) 109 ) (Goldman, Berrie) (Filed on 9/30/2010) (Entered: 09/30/2010) |
| 09/30/2010 | 111 | Request for Judicial Notice re 109 MOTION to Dismiss *MOTION OF ALZHEIMER'S INSTITUTE OF AMERICA, INC., MICHAEL J.* |

| | | |
|---|---|---|
| | | *MULLAN, AND RONALD E. SEXTON TO DISMISS CERTAIN COUNTERCLAIMS BY COUNTERCLAIM PLAINTIFF ELAN PHARMACEUTICALS, INC. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTERDEFENDANTS' MOTION TO DISMISS CERTAIN COUNTERCLAIMS BY COUNTER-PLAINTIFF ELAN PHARMACEUTICALS, INC.* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Related document(s) 109 ) (Goldman, Berrie) (Filed on 9/30/2010) (Entered: 09/30/2010) |
| 10/01/2010 | 112 | NOTICE of Voluntary Dismissal *of Counterclaims VI-IX* by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc. (Nakamura, Jackie) (Filed on 10/1/2010) (Entered: 10/01/2010) |
| 10/01/2010 | 🔒 | (Court only) ***Motions terminated: 109 MOTION to Dismiss *MOTION OF ALZHEIMER'S INSTITUTE OF AMERICA, INC., MICHAEL J. MULLAN, AND RONALD E. SEXTON TO DISMISS CERTAIN COUNTERCLAIMS BY COUNTERCLAIM PLAINTIFF ELAN PHARMACEUTICALS, INC.* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.., ***Deadlines terminated. 112 Notice of Voluntary Dismissal filed by Elan Pharmaceuticals, Inc.. (be, COURT STAFF) (Filed on 10/1/2010) (Entered: 10/04/2010) |
| 10/07/2010 | | Set/Reset Hearings: Mediation Hearings set for 11/15/2010 and 11/16/2010 at 09:30 AM at the offices of Shearman & Sterling LLP, 525 Market Street, 15th Floor, San Francisco. See Mediator's letter dated 10/7/2010 for more details. (cmf, COURT STAFF) (Filed on 10/7/2010) (Entered: 10/07/2010) |
| 10/12/2010 | 113 | MOTION for leave for admission of Attorney Benjamin J. Sodey to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611051587.) filed by Alzheimer's Institute of America. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 10/12/2010) (Entered: 10/13/2010) |
| 10/14/2010 | 114 | ORDER by Judge Charles R. Breyer granting 113 Motion for Pro Hac Vice (B.J. Sodey) (be, COURT STAFF) (Filed on 10/14/2010) (Entered: 10/14/2010) |
| 10/14/2010 | 115 | *Amended* ANSWER to Amended Complaint, Second COUNTERCLAIM against Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. byElan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Attachments: # 1 Supplement Stipulation to Amend)(Nakamura, Jackie) (Filed on 10/14/2010) (Entered: 10/14/2010) |
| 10/18/2010 | 116 | JOINT CASE MANAGEMENT STATEMENT filed by Alzheimer's Institute of America. (Goldman, Berrie) (Filed on 10/18/2010) (Entered: 10/18/2010) |

| | | |
|---|---|---|
| 10/19/2010 | [117](#) | CLERKS NOTICE Initial Case Management Conference **reset for 10/22/2010 10:00 AM** in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 10/19/2010) (Entered: 10/19/2010) |
| 10/20/2010 | [118](#) | ANSWER TO [115](#) SECOND AMENDED COUNTERCLAIM *ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S ANSWER TO ELAN PHARMACEUTICALS, INC.'S SECOND AMENDED COUNTERCLAIMS* byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 10/20/2010) Modified on 10/21/2010 (mjj2S, COURT STAFF). (Entered: 10/20/2010) |
| 10/22/2010 | [119](#) | Minute Entry: Initial Case Management Conference held on 10/22/2010 before Charles R. Breyer (Date Filed: 10/22/2010). Further Case Management Conference set for 11/5/2010 08:30 AM in Courtroom 8, 19th Floor, San Francisco. (Court Reporter - Not Reported.) (be, COURT STAFF) (Date Filed: 10/22/2010) (Entered: 10/22/2010) |
| 10/27/2010 | [120](#) | NOTICE of Voluntary Dismissal *STIPULATED VOLUNTARY DISMISSAL BETWEEN PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA AND DEFENDANT AMERICAN PEPTIDE COMPANY, INC.* by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. (Goldman, Berrie) (Filed on 10/27/2010) (Entered: 10/27/2010) |
| 10/27/2010 | 🔒 | (Court only) *** Party American Peptide Company, Inc. terminated. (be, COURT STAFF) (Filed on 10/27/2010) (Entered: 10/29/2010) |
| 11/01/2010 | [121](#) | MOTION to Appear by Telephone *at Case Management Conference* filed by The Jackson Laboratory. Motion Hearing set for 11/5/2010 08:30 AM in Courtroom 8, 19th Floor, San Francisco. (Noah, Todd) (Filed on 11/1/2010) (Entered: 11/01/2010) |
| 11/03/2010 | [122](#) | STIPULATION *TO CONTINUE CASE MANAGEMENT CONFERENCE ONE WEEK; SUPPORTING DECLARATION; [PROPOSED] ORDER* by Eli Lilly & Company. (McCauley, Robert) (Filed on 11/3/2010) (Entered: 11/03/2010) |
| 11/03/2010 | 🔓 [123](#) | Transcript of Proceedings held on 9-24-2010, before Judge Charles R. Breyer. Court Reporter/Transcriber Connie McCarthy Kuhl, Telephone number 415-431-2020. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/1/2011. (ck, COURT STAFF) (Filed on 11/3/2010) (Entered: 11/03/2010) |
| 11/03/2010 | [124](#) | ORDER by Judge Charles R. Breyer granting [121](#) Motion to Appear by |

| | | Telephone (be, COURT STAFF) (Filed on 11/3/2010) (Entered: 11/03/2010) |
|---|---|---|
| 11/03/2010 | 125 | ORDER to continue CMC re 122 Stipulation filed by Eli Lilly & Company Further Case Management Conference set for 11/19/2010 08:30 AM in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 11/3/2010. (be, COURT STAFF) (Filed on 11/3/2010) (Entered: 11/03/2010) |
| 11/03/2010 | 126 | ORDER. Signed by Judge Laporte on 11/3/10. (edllc1, COURT STAFF) (Filed on 11/3/2010) (Entered: 11/03/2010) |
| 11/09/2010 | 127 | NOTICE by Elan Pharmaceuticals, Inc. *of Subpoena Duces Tecum to Pfizer, Inc.* (Attachments: # 1 Supplement, # 2 Supplement)(Nakamura, Jackie) (Filed on 11/9/2010) (Entered: 11/09/2010) |
| 11/19/2010 | 128 | Minute Entry: Further Case Management Conference held on 11/19/2010 before Charles R. Breyer (Date Filed: 11/19/2010). (Court Reporter - Not Reported.) (be, COURT STAFF) (Date Filed: 11/19/2010) (Entered: 11/19/2010) |
| 11/23/2010 | 129 | CONSENT to Proceed Before a US Magistrate Judge by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. *CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ELIZABETH D. LAPORTE*.. (Goldman, Berrie) (Filed on 11/23/2010) (Entered: 11/23/2010) |
| 11/30/2010 | 130 | CERTIFICATION OF MEDIATION Session dated 11/19/2010 by Mediator, Vicki Veenker; Mediation session held with plaintiff AIA and defendant The Jackson Laboratory on 11/15/2010; Case did not settle; Further facilitated discussions will be explored by 11/30/2010. (cmf, COURT STAFF) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 131 | *** **ERRONEOUS ENTRY** *** CERTIFICATION OF MEDIATION Session dated 11/19/2010 by Mediator, Vicki Veenker; Mediation session held with plaintiff AIA and defendant AnaSpec, Inc. on 11/16/2010; Case settled. (cmf, COURT STAFF) (Filed on 11/30/2010) Modified on 12/1/2010 (mcl, COURT STAFF). (Entered: 11/30/2010) |
| 12/06/2010 | 132 | CONSENT to Proceed Before a US Magistrate Judge by The Jackson Laboratory.. (Noah, Todd) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 133 | CONSENT to Proceed Before a US Magistrate Judge by Elan Pharmaceuticals, Inc. *Elan Pharmaceuticals, Inc.'s Consent To Proceed Before Magistrate Judge Laporte*.. (Nakamura, Jackie) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 134 | NOTICE by Eli Lilly & Company *Defendant Eli Lilly and Company's Notice of Subpoena Duces Tecum of Pfizer, Inc.* (McCauley, Robert) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/06/2010 | 135 | CONSENT to Proceed Before a US Magistrate Judge by Eli Lilly & |

| | | Company *Consent to Proceed Before United States Magistrate Judge Elizabeth D. Laporte..* (McCauley, Robert) (Filed on 12/6/2010) (Entered: 12/06/2010) |
|---|---|---|
| 12/06/2010 | 136 | CONSENT to Proceed Before a US Magistrate Judge by AnaSpec Incorporated.. (McKinney, Jeffrey) (Filed on 12/6/2010) (Entered: 12/06/2010) |
| 12/09/2010 | 137 | ORDER REASSIGNING CASE to Magistrate Judge Elizabeth D. Laporte. Signed by Judge Charles R. Breyer on 12/7/2010. (be, COURT STAFF) (Filed on 12/9/2010) (Entered: 12/09/2010) |
| 12/10/2010 | 138 | ORDER REASSIGNING CASE. Case reassigned to Magistrate Judge Elizabeth D. Laporte for all further proceedings. Hon. Charles R. Breyer no longer assigned to the case. Signed by Executive Committee on 12/10/10. (ha, COURT STAFF) (Filed on 12/10/2010) (Entered: 12/10/2010) |
| 12/16/2010 | 139 | ORDER SETTING Case Management Conference for 1/5/2011 03:00 PM in Courtroom E, 15th Floor, San Francisco. Signed by Judge Elizabeth D. Laporte on 12/16/2010. (Attachments: # 1 Standing Order) (lmh, COURT STAFF) (Filed on 12/16/2010) (Entered: 12/16/2010) |
| 12/28/2010 | 140 | APPLICATION of Attorney Mark J. Feldstein for Leave to Appear in Pro Hac Vice - [Filing Fee: $275.00, Receipt Number 34611054379] Filed by Eli Lilly & Company. (Attachments: #(1) Proposed Order) (tn, COURT STAFF) (Filed on 12/28/2010) (Entered: 12/29/2010) |
| 12/29/2010 | 141 | JOINT CASE MANAGEMENT STATEMENT filed by Eli Lilly & Company, Alzheimer's Institute of America, Inc.. (McCauley, Robert) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 01/03/2011 | 142 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 140 Application for Admission of Attorney Mark J. Feldstein for Pro Hac Vice. (tmi, COURT STAFF) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 01/03/2011 | 143 | *STIPULATED VOLUNTARY DISMISSAL BETWEEN PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC. AND DEFENDANT ANASPEC, INC.* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. (Goldman, Berrie) (Filed on 1/3/2011) (Entered: 01/03/2011) |
| 01/05/2011 | 145 | Minute Entry: Initial Case Management Conference held on 1/5/2011 before Elizabeth D. Laporte. (FTR: 3:12pm-3:51pm.) (lmh, COURT STAFF) (Date Filed: 1/5/2011) (Entered: 01/11/2011) |
| 01/06/2011 | 144 | *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PHOENIX PHARMACEUTICALS, INC.* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 1/6/2011) (Entered: 01/06/2011) |

| 01/11/2011 | 146 | CASE MANAGEMENT SCHEDULING ORDER: Joint claim construction statement due 3/4/2011. Tutorial set for 7/15/2011 09:00 AM. Claims Construction Hearing set for 8/5/2011 09:00 AM. Signed by Magistrate Judge Elizabeth D. Laporte on 1/11/2011. (lmh, COURT STAFF) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 🔒 | (Court only) Set/Reset Hearings: Tutorial Hearing set for 7/15/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco. (lmh, COURT STAFF) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/18/2011 | 147 | NOTICE filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc. of *Subpoena Duces Tecum of Michael Mullan* (Attachments: # 1 Supplement)(Nakamura, Jackie) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/18/2011 | 148 | NOTICE filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc. of *Subpoena Duces Tecum of Fiona Crawford* (Attachments: # 1 Supplement)(Nakamura, Jackie) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/18/2011 | 149 | NOTICE filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc. of *Subpoena Duces Tecum of Ronald Sexton* (Attachments: # 1 Supplement)(Nakamura, Jackie) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 01/18/2011 | 150 | NOTICE filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc. of *Subpoena Duces Tecum of Brian Sexton* (Attachments: # 1 Supplement)(Nakamura, Jackie) (Filed on 1/18/2011) (Entered: 01/18/2011) |
| 02/07/2011 | 151 | NOTICE OF MOTION & MOTION for *LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P 15(a)* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. Motion Hearing set for 3/15/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (Attachments: # 1 Exhibit A to Notice of Motion, # 2 Exhibit A to Proposed Second Amended Complaint, # 3 Exhibit B to Proposed Second Amended Complaint, # 4 Exhibit C to Proposed Second Amended Complaint, # 5 Exhibit D to Proposed Second Amended Complaint, # 6 Proposed Order)(Goldman, Berrie) (Filed on 2/7/2011) (Entered: 02/07/2011) |
| 02/07/2011 | 152 | Declaration of BERRIE R. GOLDMAN in Support of re 151 *NOTICE OF MOTION AND MOTION OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC. FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P 15(a) -DECLARATION OF BERRIE R. GOLDMAN IN SUPPORT OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA INC'S MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15 (a)-* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 151 ) |

| | | |
|---|---|---|
| | | (Goldman, Berrie) (Filed on 2/7/2011) (Entered: 02/07/2011) |
| 02/22/2011 | 153 | RESPONSE to re 151 *NOTICE OF MOTION AND MOTION OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC. FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P 15 (a)* filed by The Jackson Laboratory. (Attachments: #(1) Exhibit, #(2) Exhibit)(Noah, Todd) (Filed on 2/22/2011) (Entered: 02/22/2011) |
| 03/01/2011 | 154 | REPLY in Support of re 151 *NOTICE OF MOTION AND MOTION OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC. FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P 15 (a) -REPLY IN SUPPORT OF PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)-* filed by Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 3/1/2011) (Entered: 03/01/2011) |
| 03/04/2011 | 155 | *Joint Claim Construction and Prehearing Statement* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc., Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc., Eli Lilly & Company, The Jackson Laboratory. (Attachments: # 1 Exhibit A, # 2 Appendix A)(Nakamura, Jackie) (Filed on 3/4/2011) (Entered: 03/04/2011) |
| 03/11/2011 | 156 | MOTION for Substitution of Counsel filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Attachments: #(1) Proposed Order) (Scott, Katie) (Filed on 3/11/2011) (Entered: 03/11/2011) |
| 03/15/2011 | 157 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte on 3/15/2011 GRANTING re 156 MOTION for Substitution of Counsel Deborah E. Fishman, Katie Jeannine Lewis Scott, Assad Rajani for Defendant/Counterclaim-Plaintiff Elan Pharmaceuticals, Inc.. Attorneys Lloyd R. Day, Jr & Jackie Naomi Nakamura Terminated. (lmh, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/15/2011) |
| 03/15/2011 | 🔒 | (Court only) *** Attorney Assad Hussain Rajani for Elan Pharmaceuticals, Inc. added. (lmh, COURT STAFF) (Filed on 3/15/2011) (Entered: 03/15/2011) |
| 03/15/2011 | 158 | *Defendant Eli Lilly and Company's Unopposed Notice of Motion and Motion for Leave to Amend Answer and Counterclaims* filed by Eli Lilly & Company. Motion Hearing set for 4/19/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (McCauley, Robert) (Filed on 3/15/2011) (Entered: 03/15/2011) |
| 03/15/2011 | 159 | Declaration of Robert F. McCauley in Support of re 158 *Defendant Eli Lilly and Company's Unopposed Notice of Motion and Motion for Leave to Amend Answer and Counterclaims* filed by Eli Lilly & Company. (Attachments: # 1 Exhibit 1 - First Amend. Answer & Counterclaims, # 2 Exhibit 2 - Redline Draft of First Amend. Answer & |

| | | |
|---|---|---|
| | | Counterclaims, # 3 Exhibit 3 - Plaintiff's email re no objections) (Related document(s) 158 ) (McCauley, Robert) (Filed on 3/15/2011) (Entered: 03/15/2011) |
| 03/15/2011 | 161 | Minute Entry: Hearing held on 3/15/2011 re Plaintiff's Motion for Leave to Amend Complaint 151 . (Court Reporter Jim Yeomans) (lmh, COURT STAFF) (Date Filed: 3/15/2011) (Entered: 03/16/2011) |
| 03/16/2011 | 160 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte denying re 151 Motion for Leave to Amend; Regarding Substitution of Counsel. (edllc1, COURT STAFF) (Filed on 3/16/2011) (Entered: 03/16/2011) |
| 03/16/2011 | 162 | [Proposed] Order Granting re 158 MOTION for Leave to Amend re 60 Answer to Amended Complaint -*Defendant Eli Lilly and Company's Unopposed Notice of Motion and Motion for Leave to Amend Answer and Counterclaims*- filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 3/16/2011) (Entered: 03/16/2011) |
| 04/01/2011 | 163 | Statement of Non-Opposition to re 158 Unopposed MOTION to Amend re 60 Answer to Amended Complaint -*Defendant Eli Lilly and Company's Unopposed Notice of Motion and Motion for Leave to Amend Answer and Counterclaims*- -*PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT ELI LILLY AND COMPANY'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS*- filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related document(s) 158 ) (Goldman, Berrie) (Filed on 4/1/2011) (Entered: 04/01/2011) |
| 04/01/2011 | 164 | Joint MOTION to Compel *AIA's Simultaneous Production of its Disclosures, Discovery Responses, and Expert Reports in Pending Actions and Memorandum in Support Thereof* filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. Motion Hearing set for 5/31/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (Attachments: #(1) Proposed Order)(Fishman, Deborah) (Filed on 4/1/2011) (Entered: 04/01/2011) |
| 04/01/2011 | 165 | Declaration of Deborah E. Fishman in Support of re 164 Joint MOTION to Compel *AIA's Simultaneous Production of its Disclosures, Discovery Responses, and Expert Reports in Pending Actions* filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Related document(s) 164 ) (Fishman, Deborah) (Filed on 4/1/2011) (Entered: 04/01/2011) |
| 04/04/2011 | 166 | Transcript of Proceedings of the Official Electronic Sound Recording held on January 5, 2011, before Magistrate Judge Elizabeth D. Laporte. Transcriber Stacy Wegner, Email address: smwtyping@yahoo.com; Telephone number: (859) 539-2802. Per General Order No. 59 and |

| | | Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/5/2011. (djc, COURT STAFF) (Filed on 4/4/2011) (Entered: 04/04/2011) |
|---|---|---|
| 04/06/2011 | 167 | CLERK'S NOTICE that re 158 Defendant's motion for leave to amend shall be submitted without oral argument and no appearance is required as provided by Civil Local Rule 7-1(b). (fj, COURT STAFF) (Filed on 4/6/2011) (Entered: 04/06/2011) |
| 04/07/2011 | 168 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 158 Defendant Eli Lilly's Motion to Amend Answer and Counterclaims. (cgk, COURT STAFF) (Filed on 4/7/2011) (Entered: 04/07/2011) |
| 04/15/2011 | 169 | NOTICE of Appearance filed by Jessica Leigh Hubley (Hubley, Jessica) (Filed on 4/15/2011) (Entered: 04/15/2011) |
| 04/21/2011 | 170 | *ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S ANSWER TO DEFENDANT EL LILLY AND COMPANY'S FIRST AMENDED ANSWER AND COUNTERCLAIMS* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 4/21/2011) (Entered: 04/21/2011) |
| 04/28/2011 | 171 | APPLICATION of Attorney Charles D. Ossola for Leave to Appear in Pro Hac Vice - [Filing Fee: $275.00, Receipt Number 34611059234] filed by Defendant Elan Pharmaceuticals, Inc.. (Attachments: #(1) Proposed Order) (tn, COURT STAFF) (Filed on 4/28/2011) (Entered: 04/29/2011) |
| 05/03/2011 | 172 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 171 Application for Admission of Charles D. Ossola Pro Hac Vice. (cgk, COURT STAFF) (Filed on 5/3/2011) (Entered: 05/03/2011) |
| 05/10/2011 | 173 | STIPULATION re 164 Joint MOTION to Compel *Simultaneous Production STIPULATED REQUEST FOR ORDER CHANGING TIME FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS ELAN AND ELI LILLY'S JOINT MOTION TO COMPEL SIMULTANEOUS PRODUCTION [D.N. 164]; DECLARATION OF BERRIE R. GOLDMAN IN SUPPORT; [PROPOSED] ORDER* by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 5/10/2011) (Entered: 05/10/2011) |
| 05/10/2011 | 174 | *JOINT STIPULATION REGARDNG REPLACING THE INTERIM MODEL PROTECTIVE ORDER* filed by Eli Lilly & Company. (Attachments: # 1 TAB A)(McCauley, Robert) (Filed on 5/10/2011) |

| | | (Entered: 05/10/2011) |
|---|---|---|
| 05/12/2011 | 175 | STIPULATION AND ORDER. AIA shall file its Opposition to motion to compel simultaneous production (D.N. 164) by noon PDT on Friday, 5/13/2011. Defendants shall file a reply in support of their motion, if any, by Wednesday, 5/18/2011, re doc 173 filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. Signed by Magistrate Judge Elizabeth D. Laporte on 5/12/2011. (cgk, COURT STAFF) (Filed on 5/12/2011) (Entered: 05/12/2011) |
| 05/13/2011 | 176 | RESPONSE to re 164 Joint MOTION to Compel *Simultaneous Production -Alzheimers Institute Of America, Inc.s Memorandum Of-* filed by Alzheimer's Institute of America. (Attachments: # 1 Certificate of Service)(Goldman, Berrie) (Filed on 5/13/2011) (Entered: 05/13/2011) |
| 05/13/2011 | 177 | STIPULATION AND ORDER REGARDING REPLACING THE INTERIM MODEL PROTECTION ORDER re 174 . Signed by Magistrate Judge Elizabeth D. Laporte on 5/13/2011. (cgk, COURT STAFF) (Filed on 5/13/2011) (Entered: 05/13/2011) |
| 05/18/2011 | 178 | REPLY in Support of re 164 Joint MOTION to Compel AIA's *Simultaneous Production of its Disclosures, Discovery Responses, and Expert Reports in Pending Actions* filed by Elan Pharmaceuticals, Inc.. (Attachments: #(1) Proposed Order)(Fishman, Deborah) (Filed on 5/18/2011) (Entered: 05/18/2011) |
| 05/18/2011 | 179 | Declaration of Deborah E. Fishman in Support of re 178 Reply to re 164 Joint MOTION to Compel *Simultaneous Production* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 178 , 164 ) (Fishman, Deborah) (Filed on 5/18/2011) (Entered: 05/19/2011) |
| 05/27/2011 | 180 | JOINT STIPULATED *[Proposed] Order Regarding Service of AIA's Disclosures, Discovery Responses, Expert Reports, Confidential Filings, and Deposition Transcripts in Pending Actions*, and *[Proposed] Order* filed by Elan Pharmaceuticals, Inc.. (Scott, Katie) (Filed on 5/27/2011) (Entered: 05/27/2011) |
| 05/27/2011 | 181 | CLERK'S NOTICE. YOU ARE NOTIFIED THAT the parties having informed the Court that they have reached an agreement on the motion to compel, the hearing scheduled for May 31, 2011 at 9:00 a.m. before Magistrate Laporte has been taken off calendar. (cgk, COURT STAFF) (Filed on 5/27/2011) (Entered: 05/27/2011) |
| 06/02/2011 | 182 | JOINT STIPULATED ORDER Regarding Service of AIA's Disclosures, Discovery Responses, Expert Reports, Confidential Filings, and Deposition Transcripts in Pending Actions. Signed by Judge Elizabeth D. Laporte on 05/31/2011. (tmi, COURT STAFF) (Filed on 6/2/2011) (Entered: 06/02/2011) |

| 06/02/2011 | 183 | NOTICE filed by Elan Pharmaceuticals, Inc. of re 155 *Revised Claim Construction* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Fishman, Deborah) (Filed on 6/2/2011) (Entered: 06/02/2011) |
| --- | --- | --- |
| 06/02/2011 | 184 | Letter from Deborah E. Fishman *to Hon. Elizabeth D. Laporte regarding AIA's standing to assert the patents-in-suit*. (Fishman, Deborah) (Filed on 6/2/2011) (Entered: 06/02/2011) |
| 06/03/2011 | 185 | Letter from K. LEE MARSHALL *to Hon. Elizabeth D. Laporte regarding DK# 184 (Ltr from D. Fishman)*. (Marshall, Kenneth) (Filed on 6/3/2011) (Entered: 06/03/2011) |
| 06/03/2011 | 186 | *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S OPENING MEMORANDUM IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Marshall, Kenneth) (Filed on 6/3/2011) (Entered: 06/03/2011) |
| 06/03/2011 | 187 | Declaration of BERRIE R. GOLDMAN in Support of re 186 *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MEMORANDUM IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Related document(s) 186 ) (Marshall, Kenneth) (Filed on 6/3/2011) (Entered: 06/03/2011) |
| 06/06/2011 | 188 | Letter from Deborah E. Fishman *to Hon. Elizabeth D. Laporte re Docket Nos. 184 and 185*. (Fishman, Deborah) (Filed on 6/6/2011) (Entered: 06/06/2011) |
| 06/08/2011 | 189 | OBJECTIONS to re 183 *DEFENDANT ELAN PHARMACEUTICALS, INC.'S NOTICE OF REVISED CLAIM CONSTRUCTION* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 6/8/2011) (Entered: 06/08/2011) |
| 06/08/2011 | 190 | CLERK'S NOTICE: TELEPHONE Conference set for 6/9/2011 03:30 PM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (cgk, COURT STAFF) (Filed on 6/8/2011) (Entered: 06/08/2011) |
| 06/15/2011 | 191 | *Joint Submission on Elan's Revised Claim Construction and Elan's Request for Expedited Discovery on Standing* filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Fishman, Deborah) (Filed on 6/15/2011) (Entered: 06/15/2011) |
| 06/21/2011 | 192 | ORDER REGARDING JUNE 15, 2011 JOINT BRIEF RE: Revised Claim Construction and Request for Expedited Discovery re 191 . Signed by Magistrate Judge Elizabeth D. Laporte on 6/20/2011. (lmh, COURT STAFF) (Filed on 6/21/2011) (Entered: 06/21/2011) |

| 06/21/2011 | 🔒 | (Court only) Set/Reset Hearings: Tutorial Hearing set for 11/3/2011 09:00 AM. Claims Construction Hearing set for 11/14/2011 01:30 PM in Courtroom F, 15th Floor, San Francisco. (lmh, COURT STAFF) (Filed on 6/21/2011) (Entered: 06/23/2011) |
|---|---|---|
| 07/05/2011 | 193 | *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S REVISED OPENING MEMORANDUM IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Marshall, Kenneth) (Filed on 7/5/2011) (Entered: 07/05/2011) |
| 07/15/2011 | 194 | Statement of *Interest of the United States Pursuant to 28 USC 517* filed by United States of America/C-IP.. (Attachments: #(1) Exhibit NIH Letter)(Hausken, Gary) (Filed on 7/15/2011) (Entered: 07/15/2011) |
| 07/19/2011 | 195 | Declaration of Dr. Michael Sasner in Support of *Jackson's Proposed Claim Construction* filed by The Jackson Laboratory. (Noah, Todd) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 196 | CLAIM CONSTRUCTION BRIEF filed by The Jackson Laboratory. (Attachments: # 1 Exhibit)(Noah, Todd) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 197 | NOTICE of Change of Address by Assad Hussain Rajani (Rajani, Assad) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 198 | *DEFENDANT ELI LILLY AND COMPANY'S RESPONSIVE CLAIM CONSTRUCTION BRIEF* filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 199 | *DECLARATION OF LAURA P. MASUROVSKY IN SUPPORT OF re 198 DEFENDANT ELI LILLY AND COMPANY'S RESPONSIVE CLAIM CONSTRUCTION BRIEF* filed by Eli Lilly & Company. (Attachments: # 1 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34)(Related document(s) 198 ) (McCauley, Robert) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 200 | Administrative Motion to File Under Seal *Portions of Elan's Responsive Claim Construction Brief and Related Documents Pursuant to Civ. L.R. 79-5(d)* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Assad H. Rajani, # 2 Proposed Order)(Rajani, Assad) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 201 | [REDACTED VERSION]..*Defendant Elan Pharmaceuticals, Inc.'s* |

| | | |
|---|---|---|
| | | *Responsive Claim Construction Brief* filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Attachments: # 1 Appendix A) (Fishman, Deborah) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/19/2011 | 202 | Declaration of Assad H. Rajani in Support of re 201 *Elan Pharmaceuticals Inc.'s Responsive Claim Construction Brief* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20 part 1, # 21 Exhibit 20 part 2, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28)(Related document(s) 201 ) (Rajani, Assad) (Filed on 7/19/2011) (Entered: 07/19/2011) |
| 07/27/2011 | 203 | ORDER re 194 Statement filed by United States of America/C-IP. Signed by Judge Elizabeth D. Laporte on 7/25/2011. (kns, COURT STAFF) (Filed on 7/27/2011) (Entered: 07/27/2011) |
| 07/28/2011 | 204 | Administrative Motion to File Under Seal *Portions of Elan's Memorandum and Related Documents in Support of Its Motion to Compel Non-Privileged and Non-Immune Documents from AIA* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Assad Rajani, # 2 Proposed Order)(Rajani, Assad) (Filed on 7/28/2011) (Entered: 07/28/2011) |
| 07/28/2011 | 205 | NOTICE OF MOTION & MOTION to Compel *Non-Privileged and Non-Immune Documents from AIA* filed by Elan Pharmaceuticals, Inc.. Motion Hearing set for 8/30/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 8/11/2011. Replies due by 8/18/2011. (Attachments: # 1 Proposed Order)(Rajani, Assad) (Filed on 7/28/2011) (Entered: 07/28/2011) |
| 07/28/2011 | 206 | [REDACTED]..Memorandum in Support of re 205 MOTION to Compel *Non-Privileged and Non-Immune Documents from AIA* filed by Elan Pharmaceuticals, Inc., Elan Pharmaceuticals, Inc.. (Related document(s) 205 ) (Rajani, Assad) (Filed on 7/28/2011) (Entered: 07/28/2011) |
| 07/28/2011 | 207 | Declaration of Assad H. Rajani in Support of re 205 MOTION to Compel *Non-Privileged and Non-Immune Documents from AIA*, re 206 Memorandum in Support filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Related document(s) 205 , 206 ) (Rajani, Assad) (Filed on 7/28/2011) (Entered: 07/28/2011) |

| 07/29/2011 | 208 | Letter from Laura P. Masurovksy *to Hon. Elizabeth D. Laporte, Magistrate Judge*. (Masurovsky, Laura) (Filed on 7/29/2011) (Entered: 07/29/2011) |
| 08/01/2011 | 209 | Letter from Deborah E. Fishman *to Judge Laporte regarding 30(b)(6) deposition notice*. (Fishman, Deborah) (Filed on 8/1/2011) (Entered: 08/01/2011) |
| 08/02/2011 | 210 | Letter from Michael N. Rader. (Noah, Todd) (Filed on 8/2/2011) (Entered: 08/02/2011) |
| 08/02/2011 | 211 | Letter from LEE MARSHALL *to Honorable Elizabeth D. Laporte*. (Marshall, Kenneth) (Filed on 8/2/2011) (Entered: 08/02/2011) |
| 08/02/2011 | 212 | *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S REPLY IN SUPPORT OF ITS REVISED OPENING MEMORANDUM IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTION* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Marshall, Kenneth) (Filed on 8/2/2011) (Entered: 08/02/2011) |
| 08/03/2011 | 213 | Letter from Deborah E. Fishman *re AIA's letter brief (D.N. 211)*. (Fishman, Deborah) (Filed on 8/3/2011) (Entered: 08/03/2011) |
| 08/03/2011 | 214 | *Joint Statement By Alzheimers Institute Of America And The Jackson Laboratory Regarding The Statement Of Interest Of The United States* filed by The Jackson Laboratory, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 8/3/2011) (Entered: 08/03/2011) |
| 08/04/2011 | 215 | FURTHER ORDER re 214 Joint Statement of Interest of the United States. Signed by Magistrate Judge Elizabeth D. Laporte on 08/04/2011. (kns, COURT STAFF) (Filed on 8/4/2011) (Entered: 08/04/2011) |
| 08/04/2011 | 216 | ORDER REGARDING JULY 29, 2011 LETTER. Signed by Magistrate Judge Elizabeth D. Laporte on 08/04/2011. (kns, COURT STAFF) (Filed on 8/4/2011) (Entered: 08/04/2011) |
| 08/08/2011 | 217 | Undisputed Joint MOTION to *Amend Exhibit B to the Protective Order* filed by Elan Pharmaceuticals, Inc.. Responses due by 8/22/2011. (Attachments: # 1 Exhibit B, # 2 Proposed Order)(Scott, Katie) (Filed on 8/8/2011) (Entered: 08/08/2011) |
| 08/09/2011 | 218 | NOTICE filed by American Peptide Company, Inc. of *Request for Termination of Electronic Notices* (Piontkowski, Bruce) (Filed on 8/9/2011) (Entered: 08/09/2011) |
| 08/10/2011 | 219 | Joint STIPULATED Motion *To Dismiss Without Prejudice; [Proposed] Order* filed by Alzheimer's Institute of America, Inc. & The Jackson Laboratory. (Noah, Todd) (Filed on 8/10/2011) (Entered: 08/10/2011) |
| 08/11/2011 | 220 | ORDER granting re 217 Undisputed Joint Motion to Amend Exhibit B to the Protective Order. Signed Magistrate by Judge Elizabeth D. |

| | | Laporte. (kns, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/11/2011) |
|---|---|---|
| 08/11/2011 | 221 | STIPULATION AND ORDER granting re 219 Joint Stipulated Motion to Dismiss. Signed by Magistrate Judge Elizabeth D. Laporte on 08/11/2011. (kns, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/11/2011) |
| 08/11/2011 | 🔒 | (Court only) *** Party The Jackson Laboratory, The Jackson Laboratory, The Jackson Laboratory and The Jackson Laboratory terminated. (kns, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/11/2011) |
| 08/11/2011 | 222 | CLERK'S NOTICE RESETTING Motion to Compel Hearing to 9/6/2011 at 04:15 PM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (kns, COURT STAFF) (Filed on 8/11/2011) (Entered: 08/11/2011) |
| 08/11/2011 | 223 | STIPULATED *Request for Order Changing Time for Opposition to Defendant Elan Motion to Compel Non-Privileged and Non-Immune Documents from AIA* filed by Alzheimer's Institute of America. (Marshall, Kenneth) (Filed on 8/11/2011) (Entered: 08/11/2011) |
| 08/12/2011 | 224 | STIPULATION AND ORDER CHANGING TIME FOR OPPOSITION TO DEFENDANT ELAN MOTION TO COMPEL NON-PRIVILEGED AND NON-IMMUNE DOCUMENTS FROM AIA re 223 . Signed by Magistrate Judge Elizabeth D. Laporte on 08/12/2011. (kns, COURT STAFF) (Filed on 8/12/2011) (Entered: 08/12/2011) |
| 08/16/2011 | 225 | RESPONSE to Opposition to re 205 Defendant's MOTION to Compel *Non-Privileged and Non-Immune Documents from AIA -PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT ELAN PHARMACEUTICALS, INC'S MOTION TO COMPEL NON-PRIVILEGED AND NON-IMMUNE DOCUMENTS FROM AIA*- filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Marshall, Kenneth) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 226 | Declaration of K. LEE MARSHALL in Support of re 225 Opposition/Response to *re 205 DEFENDANT ELAN PHARMACEUTICALS, INC.'S MOTION TO COMPEL NON-PRIVILEGED AND NON-IMMUNE DOCUMENTS FROM AIA* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related document(s) 225 ) (Marshall, Kenneth) (Filed on 8/16/2011) (Entered: 08/16/2011) |
| 08/16/2011 | 227 | Declaration of RONALD SEXTON in Support of re 225 Opposition/Response to re 205 *Defendant Elan Pharmaceuticals, Inc.'s Motion to Compel Non-Privileged & Non-Immune Documents from AIA* filed by Alzheimer's Institute of America, Alzheimer's Institute of |

| | | America, Inc.. (Related document(s) 225 ) (Marshall, Kenneth) (Filed on 8/16/2011) (Entered: 08/16/2011) |
|---|---|---|
| 08/16/2011 | 228 | APPLICATION of Attorney Nathaniel S. Edwards for Leave to Appear in Pro Hac Vice, [Filing Fee: $275.00, Receipt Number 34611063491] filed by Defendant Eli Lilly & Company. (Attachments: #(1) Proposed Order) (tn, COURT STAFF) (Filed on 8/16/2011) (Entered: 08/17/2011) |
| 08/19/2011 | 229 | ORDER granting re 228 Application for Admission of Attorney Nathaniel S. Edwards for Pro Hac Vice. Signed by Magistrate Judge Elizabeth D. Laporte on 8/19/2011. (kns, COURT STAFF) (Filed on 8/19/2011) (Entered: 08/19/2011) |
| 08/23/2011 | 230 | Administrative Motion to File Under Seal *Portions of Elan's Reply and Related Documents in Support of Its Motion to Compel Non-Privileged and Non-Immune Documents from AIA* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Assad H. Rajani, # 2 Proposed Order)(Rajani, Assad) (Filed on 8/23/2011) (Entered: 08/23/2011) |
| 08/23/2011 | 231 | [REDACTED VERSION]..REPLY in Support of re 205 MOTION to Compel *Non-Privileged and Non-Immune Documents from AIA* filed by Elan Pharmaceuticals, Inc.. (Attachments: #(1) Proposed Order (Revised))(Rajani, Assad) (Filed on 8/23/2011) (Entered: 08/23/2011) |
| 08/23/2011 | 232 | Declaration of Assad H. Rajani in Support of re 231 Reply to Opposition/Response to Motion to Compel Non-privileged & Non-immune Document from AIA filed by Elan Pharmaceuticals, Inc.. (Attachments: #(1) Exhibit 21 (Redacted), #(2) Exhibit 22 (Under Seal), #(3) Exhibit 23 (Under Seal), #(4) Exhibit 24, #(5) Exhibit 25, # (6) Exhibit 26, #(7) Exhibit 27, #(8) Exhibit 28, #(9) Exhibit 29) (Related document(s) 231 ) (Rajani, Assad) (Filed on 8/23/2011) (Entered: 08/23/2011) |
| 09/01/2011 | 233 | ORDER VACATING 9/6/2011 HEARING ON MOTION TO COMPEL; REQUIRING PRODUCTION OF DOCUMENTS TO COURT FOR IN CAMERA; REQUIRING BRIEFING ON IMPACT OF EASTERN DISTRICT OF PENNSYLVANIA COURT'S DECISION ON THIS COURT'S SCHEDULE. Signed by Magistrate Judge Elizabeth D. Laporte on 9/1/2011. (edllc1, COURT STAFF) (Filed on 9/1/2011) (Entered: 09/01/2011) |
| 09/01/2011 | | ***Deadlines terminated. 233 Order. (kns, COURT STAFF) (Filed on 9/1/2011) (Entered: 09/01/2011) |
| 09/06/2011 | 234 | Administrative Motion to File Under Seal *Portions of Elan's Motion to Compel 30(b)(6) Deposition and Related Exhibits* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Jessica L. Hubley, # 2 Proposed Order)(Scott, Katie) (Filed on 9/6/2011) (Entered: 09/06/2011) |
| | | |

| | | |
|---|---|---|
| 09/06/2011 | 235 | [REDACTED VERSION]...MOTION & MEMORANDUM of Points & Authorities in Support of Motion to Compel *30(b)(6) Deposition* filed by Elan Pharmaceuticals, Inc.. Motion Hearing set for 10/11/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 9/20/2011. Replies due by 9/27/2011. (Attachments: # 1 Proposed Order)(Scott, Katie) (Filed on 9/6/2011) (Entered: 09/06/2011) |
| 09/06/2011 | 236 | Declaration of Jessica L. Hubley in Support of re 235 MOTION to Compel *30(b)(6) Deposition*, MOTION to Compel *30(b)(6) Deposition* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F (Filed Under Seal), # 7 Exhibit G)(Related document (s) 235 ) (Scott, Katie) (Filed on 9/6/2011) (Entered: 09/06/2011) |
| 09/08/2011 | 237 | Declaration in Support of 204 Administrative Motion to File Under Seal *Portions of Elan's Memorandum and Related Documents in Support of Its Motion to Compel Non-Privileged and Non-Immune Documents from AIA Declaration of K. Lee Marshall pursuant to Local Rule 79-5(d) regarding Defendant Elan Pharmaceuticals, Inc.'s Administrative Motion to File Under Seal Portions of Elan's Memorandum and Related Documents in Support of its Motion to Compel Non-Privileged and Non-Immune Documents from AIA* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related document(s) 204 ) (Marshall, Kenneth) (Filed on 9/8/2011) (Entered: 09/08/2011) |
| 09/08/2011 | 238 | Letter Brief re 233 Order, *Joint Letter regarding Impact of Eastern District of Pennsylvania Court's Decision on this Court's Schedule* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related document(s) 233 ) (Marshall, Kenneth) (Filed on 9/8/2011) (Entered: 09/08/2011) |
| 09/12/2011 | 239 | ORDER VACATING CLAIM CONSTRUCTION TUTORIAL AND HEARING DATES. Signed by Magistrate Judge Elizabeth D. Laporte on 09/09/2011. (kns, COURT STAFF) (Filed on 9/12/2011) (Entered: 09/12/2011) |
| 09/12/2011 | | ***Deadlines terminated. 239 Order. (kns, COURT STAFF) (Filed on 9/12/2011) (Entered: 09/12/2011) |
| 09/13/2011 | 240 | Declaration of K. Lee Marshall in Support of re 234 Administrative Motion to File Under Seal *Portions of Elan's Motion to Compel 30(b)(6) Deposition and Related Exhibits* Administrative Motion to File Under Seal *Portions of Elan's Motion to Compel 30(b)(6) Deposition and Related Exhibits Declaration of K. Lee Marshall pursuant to Local Rule 79-5(d) regarding Defendant Elan Pharmaceuticals, Inc.'s Administrative Motion to File Under Seal Portions of Elan's Motion to Compel 30(b)(6) Deposition and Related Exhibits* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related |

| | | |
|---|---|---|
| | | document(s) 234 ) (Marshall, Kenneth) (Filed on 9/13/2011) (Entered: 09/13/2011) |
| 09/13/2011 | 241 | *** FILED IN ERROR. PLEASE DISREGARD. *** CASE MANAGEMENT STATEMENT *Plaintiff Backgate Designs, Inc.'s Case Management Statement* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 9/13/2011) Modified on 9/13/2011 (feriab, COURT STAFF). (Entered: 09/13/2011) |
| 09/15/2011 | 242 | NOTICE filed by Elan Pharmaceuticals, Inc. of *Change of Contact Information* (Rajani, Assad) (Filed on 9/15/2011) (Entered: 09/15/2011) |
| 09/16/2011 | 243 | CLERK'S NOTICE RE-SETTING Hearing on Motion to Compel to 10/18/2011 at 9:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (kns, COURT STAFF) (Filed on 9/16/2011) (Entered: 09/16/2011) |
| 09/19/2011 | 244 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 204 , re 230 Administrative Motions to File Under Seal Portions of Elan's Memorandum and Reply & Related Documents in Support of its Motion to Compel Non-Privileged and Non-Immune Documents from AIA. (edllc1, COURT STAFF) (Filed on 9/19/2011) (Entered: 09/19/2011) |
| 09/19/2011 | 245 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte denying re 205 Motion to Compel Following In Camera Review. (edllc1, COURT STAFF) (Filed on 9/19/2011) (Entered: 09/19/2011) |
| 09/20/2011 | 246 | Letter Brief re 238 Letter Brief, *Letter to Judge Laporte regarding Scheduling Order* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Exhibit Scheduling Order)(Related document(s) 238 ) (Marshall, Kenneth) (Filed on 9/20/2011) (Entered: 09/20/2011) |
| 09/20/2011 | 247 | *Administrative Motion to File Under Seal Portions of AIA's Opposition to Elan's Motion to Compel 30(b)(6) Deposition* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Proposed Order Proposed Order re Administrative Motion to File Under Seal, # 2 Declaration Declaration of Berrie R. Goldman in Support of Administrative Motion to File Under Seal) (Goldman, Berrie) (Filed on 9/20/2011) (Entered: 09/20/2011) |
| 09/20/2011 | 248 | RESPONSE to re 235 MOTION to Compel *30(b)(6) Deposition* MOTION to Compel *30(b)(6) Deposition -Plaintiff Alzheimer's Institute of America, Inc.'s Response in Opposition to Defendant Elan Pharmaceuticals, Inc.'s Motion to Compel 30(b)(6) Deposition... [REDACTED]...-* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Declaration Declaration of Berrie R. Goldman in Support of Opposition)(Goldman, |

Case: 16-2094    Document: 1-2    Page: 50    Filed: 05/18/2016

| | | | |
|---|---|---|---|
| | | | Berrie) (Filed on 9/20/2011) (Entered: 09/20/2011) |
| 09/21/2011 | | 249 | ORDER REGARDING CLAIM CONSTRUCTION TUTORIAL AND HEARING DATES. Signed by Magistrate Judge Elizabeth D. Laporte on 9/21/2011. (edllc1, COURT STAFF) (Filed on 9/21/2011) (Entered: 09/21/2011) |
| 09/23/2011 | 🔒 | 250 | DOCUMENT E-FILED UNDER SEAL re 244 Order on Administrative Motion to File Under Seal,,, re *206 Defendant Elan Pharmaceuticals, Inc.'s Memorandum in Support of Its Motion to Compel Non-Privileged and Non-Immune Documents from AIA* by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 10, # 2 Exhibit 12, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 18)(Rajani, Assad) (Filed on 9/23/2011) (Entered: 09/23/2011) |
| 09/23/2011 | 🔒 | 251 | DOCUMENT E-FILED UNDER SEAL re 244 Order on Administrative Motion to File Under Seal,,, re *231 Defendant Elan Pharmaceuticals, Inc.'s Reply in Support of Its Motion to Compel Non-Privileged and Non-Immune Documents from AIA* by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23)(Rajani, Assad) (Filed on 9/23/2011) (Entered: 09/23/2011) |
| 09/27/2011 | | 252 | Administrative Motion to File Under Seal *Portions of Defendant Elan Pharmaceuticals, Inc.'s Reply in Support of Its Motion to Compel 30(b)(6) Deposition* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Katie J.L. Scott, # 2 Proposed Order)(Scott, Katie) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/27/2011 | | 253 | [REDACTED VERSION]...REPLY in Support of re 235 MOTION to Compel *30(b)(6) Deposition* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Proposed Order [Revised], # 2 Declaration of Katie J.L. Scott, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Scott, Katie) (Filed on 9/27/2011) (Entered: 09/27/2011) |
| 09/29/2011 | 🔒 | 254 | *Defendant Eli Lilly and Company's Administrative Motion to File Under Seal Certain Documents Supporting Motion for Summary Judgment of Noninfringement* filed by Eli Lilly & Company. (Attachments: # 1 Declaration, # 2 Proposed Order)(McCauley, Robert) (Filed on 9/29/2011) (Entered: 09/29/2011) |
| 09/29/2011 | | 255 | NOTICE OF MOTION & MOTION for *Defendant Eli Lilly and Company's Notice of Motion and Motion for Summary Judgment of Noninfringement* filed by Eli Lilly & Company. Motion Hearing set for 11/8/2011 09:00 AM before Magistrate Judge Elizabeth D. Laporte. Responses due by 10/13/2011. Replies due by 10/20/2011. (Attachments: # 1 Proposed Order)(McCauley, Robert) (Filed on 9/29/2011) (Entered: 09/29/2011) |
| 09/29/2011 | | 256 | Declaration of Patrick C. May in Support of re 255 MOTION for Summary Judgment of Non-Infringement -*Defendant Eli Lilly and Company's Notice of Motion and Motion for Summary Judgment of* |

| | | |
|---|---|---|
| | | *Noninfringement -REDACTED...Declaration of Patrick C. May In Support of Defendant Eli Lilly and Company's Motion for Summary Judgment of Noninfringement-* filed by Eli Lilly & Company. (Related document(s) 255 ) (McCauley, Robert) (Filed on 9/29/2011) (Entered: 09/29/2011) |
| 09/29/2011 | 257 | EXHIBITS A to re 256 Declaration of Patrick C. May in in Support of *Exhibit A In Support of Defendant Eli Lilly and Company's Motion for Summary Judgment of Noninfringement* filed byEli Lilly & Company. (Related document(s) 256 ) (McCauley, Robert) (Filed on 9/29/2011) (Entered: 09/29/2011) |
| 09/29/2011 | 258 | Declaration of Laura P. Masurovsky in Support of re 255 MOTION for Summary Judgment of Non-Infringement -*Defendant Eli Lilly and Company's Notice of Motion and Motion for Summary Judgment of Noninfringement-* filed by Eli Lilly & Company. (Attachments: # 1 Exhibit 1, 2, 5, and 6, # 2 Exhibit 7-10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13-16, # 6 Exhibit 17-18, # 7 Exhibit 19-29, # 8 30-32, 38, and 42-44)(Related document(s) 255 ) (McCauley, Robert) (Filed on 9/29/2011)(Entered: 09/29/2011) |
| 09/29/2011 | 259 | CERTIFICATE OF SERVICE filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 9/29/2011) (Entered: 09/29/2011) |
| 10/13/2011 | 260 | *STIPULATED REQUEST FOR ORDER CHANGING TIME FOR OPPOSITION TO, REPLY IN SUPPORT OF, AND HEARING ON DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT [D.N. 255]; DECLARATION OF BERRIE R. GOLDMAN IN SUPPORT; [PROPOSED] ORDER* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc., Eli Lilly & Company. (Goldman, Berrie) (Filed on 10/13/2011) (Entered: 10/13/2011) |
| 10/14/2011 | 261 | ORDER Granting re 260 Parties' Stipulated Request: AIA shall file its Opposition to Defendant Eli Lilly & Company's Motion for Summary Judgment of Non-Infringement no later than 11/14/2011. Lilly shall file a Reply in Support of its Motion by 11/21/2011 & the Hearing on Lilly's Motion shall be held on 12/6/2011 at 2:00 p.m.. Signed by Magistrate Judge Elizabeth D. Laporte on 10/14/2011. (kns, COURT STAFF) (Filed on 10/14/2011) (Entered: 10/14/2011) |
| 10/14/2011 | | Set/Reset Deadlines as to 261 Order, Set Hearings, 255 MOTION for Summary Judgment *Defendant Eli Lilly and Company's Notice of Motion and Motion for Summary Judgment of Noninfringement.* Responses due by 11/14/2011. Replies due by 11/21/2011. Motion Hearing set for 12/6/2011 02:00 PM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. ***Deadlines terminated. 261 Order, Set Hearings. (kns, COURT STAFF) (Filed on 10/14/2011) (Entered: 10/14/2011) |
| 10/17/2011 | 262 | *PLAINTIFF'S ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S* |

| | | |
|---|---|---|
| | | *MOTION TO STAY CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. Motion Hearing set for 11/22/2011 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 10/31/2011. Replies due by 11/7/2011. (Attachments: #(1) Proposed Order Proposed Order)(Goldman, Berrie) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/17/2011 | 263 | Declaration of BERRIE R. GOLDMAN in Support of re 262 *PLAINTIFF'S ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION TO STAY CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT -DECLARATIONOF BERRIE R. GOLDMAN IN SUPPORT OF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION TO STAY CASE-* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: #(1) Exhibit A, #(2) Exhibit B, #(3) Exhibit C)(Related document(s) 262 ) (Goldman, Berrie) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/17/2011 | 264 | *Motion to Change Time for Opposition to, Reply in Support of, and Hearing on Plaintiff Alzheimer's Institute of America, Inc.'s Motion to Stay Case [D.N. 262]; Declaration of Berrie R. Goldman in Support; [Proposed] Order* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/18/2011 | 265 | Minute Entry: Motion to Compel Hearing held on 10/18/2011 before The Honorable Elizabeth D Laporte (Date Filed: 10/18/2011). (Court Reporter Kathy Wyatt.) (kns, COURT STAFF) (Date Filed: 10/18/2011) (Entered: 10/18/2011) |
| 10/18/2011 | 266 | CLERK'S NOTICE re-setting Hearing on re 262 *PLAINTIFF'S ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION TO STAY CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT.* Responses due by 10/26/2011. Replies due by 11/2/2011. Motion Hearing re-set for 11/7/2011 at 11:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (kns, COURT STAFF) (Filed on 10/18/2011) (Entered: 10/18/2011) |
| 10/18/2011 | 🔒 | (Court only) ***Motions Terminated re: 264 MOTION to Shorten Time *Motion to Change Time for Opposition to, Reply in Support of, and Hearing on Plaintiff Alzheimer's Institute of America, Inc.'s Motion to Stay Case [D.N. 262]; Declaration of Berrie R. Goldman in Support; [Proposed]* MOTION to Shorten Time Motion to Change Time for Opposition to, Reply in Support of, and Hearing on Plaintiff Alzheimer's Institute of America, Inc.'s Motion to Stay Case [D.N. 262]; Declaration of Berrie R. Goldman in Support; [Proposed] filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. & re 235 MOTION to Compel 30(b)(6) Deposition MOTION to Compel |

| | | |
|---|---|---|
| | | *30(b)(6) Deposition filed by Elan Pharmaceuticals, Inc.. (tnS) (Filed on 10/18/2011) (Entered: 10/19/2011)* |
| 10/19/2011 | 267 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 234 Administrative Motion to File Under Seal Portions of Elan's Motion to Compel 30(b)(6) Deposition. (edllc1, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/19/2011) |
| 10/19/2011 | 268 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 247 Administrative Motion to File Under Seal Portions of AIA's Opposition to Elan's Motion to Compel 30(B)(6) Deposition. (edllc1, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/19/2011) |
| 10/19/2011 | 269 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 252 Administrative Motion to File Under Seal Portions of Defendant Elan Pharmaceuticals, Inc.'s Reply in Support of its Motion to Compel 30(b)(6) Deposition. (edllc1, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/19/2011) |
| 10/20/2011 | 270 | JOINT STIPULATION to Withdraw re 200 Elan's Administrative Motion to File Under Seal *Portions of Elan's Responsive Claim Construction Brief and Related Documents Pursuant to Civ. L.R. 79-5 (d)* Administrative Motion to File Under Seal *Portions of Elan's Responsive Claim Construction Brief and Related Documents Pursuant to Civ. L.R. 79-5(d)* filed by Elan Pharmaceuticals, Inc.. (Rajani, Assad) (Filed on 10/20/2011) (Entered: 10/20/2011) |
| 10/21/2011 | 271 | STIPULATION AND ORDER TO WITHDRAW ELAN'S JULY 19, 2011 ADMINISTRATIVE MOTION TO FILE UNDER SEAL re 200 . Signed by Magistrate Judge Elizabeth D. Laporte on 10/21/2011. (kns, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 272 | DOCUMENT E-FILED UNDER SEAL re 267 Order on Administrative Motion to File Under Seal *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT ELAN PHARMACEUTICALS, INC.'S MOTION TO COMPEL 30(b)(6) DEPOSITION* by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 273 | DOCUMENT E-FILED UNDER SEAL re 267 Order on Administrative Motion to File Under Seal *Defendant Elan Pharmaceuticals, Inc.'s Motion and Memorandum of Points and Authorities in Support of Its Motion to Compel 30(b)(6) Deposition (and Supporting Exhibits B and F)* by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit B, # 2 Exhibit F)(Scott, Katie) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 274 | DOCUMENT E-FILED UNDER SEAL re 269 Order on Administrative Motion to File Under Seal, *Elan Pharmaceuticals, Inc.'s Reply in Support of Its Motion to Compel 30(b)(6) Deposition* by Elan |

| | | Pharmaceuticals, Inc.. (Scott, Katie) (Filed on 10/21/2011) (Entered: 10/21/2011) |
|---|---|---|
| 10/23/2011 | 275 | Letter from Deborah E. Fishman to the *Honorable Elizabeth D. Laporte re AIA's Motion to Stay and Conflict of Interest*. (Fishman, Deborah) (Filed on 10/23/2011) (Entered: 10/23/2011) |
| 10/26/2011 | 276 | RESPONSE to re 262 *PLAINTIFF'S ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION TO STAY CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT -DEFENDANT ELI LILLY AND COMPANY'S MEMORANDUM IN OPPOSITION TO PLAINTIFF ALZHEIMER'S INSTITUTE OFAMERICA, INC'S MOTION TO STAY CASE*- filed by Eli Lilly & Company. (Attachments: # 1 Exhibit Ex. 1)(McCauley, Robert) (Filed on 10/26/2011) (Entered: 10/26/2011) |
| 10/26/2011 | 277 | RESPONSE to re 262 *PLAINTIFF'S ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION TO STAY CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Deborah E. Fishman, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9) (Fishman, Deborah) (Filed on 10/26/2011) (Entered: 10/26/2011) |
| 11/02/2011 | 278 | REPLY in Support of re 262 *PLAINTIFF'S ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S MOTION TO STAY CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT -PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STAY CASE*- filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: #(1) Declaration Declaration of Lee Marshall)(Goldman, Berrie) (Filed on 11/2/2011) (Entered: 11/02/2011) |
| 11/04/2011 | 279 | Letter from K. LEE MARSHALL, dated 11/4/2011 to Magistrate Judge Elizabeth D. Laporte. (Marshall, Kenneth) (Filed on 11/4/2011) (Entered: 11/04/2011) |
| 11/04/2011 | 284 | LETTER from Steven B. Kelber, dated 11/4/2011. (tn, COURT STAFF) (Filed on 11/4/2011) (Entered: 11/14/2011) |
| 11/06/2011 | 280 | Transcript of Proceedings held on 10-18-11, before Judge Elizabeth LaPorte. Court Reporter/Transcriber Katherine Wyatt, Telephone number 925-212-5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/6/2012. (kpw, COURT STAFF) (Filed on 11/6/2011) (Entered: 11/06/2011) |

| 11/08/2011 | 281 | ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO WITHDRAW. Opening Briefing due by 11/14/2011. Responses due by 11/22/2011. Replies due by 12/2/2011. Motion to Withdraw Hearing set for 12/14/2011 at 2:00 PM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Signed by Magistrate Judge Elizabeth D. Laporte on 11/7/2011. (kns, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/08/2011) |
| 11/08/2011 | 282 | Minute Entry: Motion Hearing held on 11/7/2011 before The Honorable Elizabeth D Laporte (Date Filed: 11/8/2011). (Court Reporter Debra Pas.) (kns, COURT STAFF) (Date Filed: 11/8/2011) (Entered: 11/08/2011) |
| 11/14/2011 | 283 | *BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. Motion Hearing set for 12/14/2011 02:00 PM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 11/22/2011. Replies due by 12/2/2011. (Goldman, Berrie) (Filed on 11/14/2011) (Entered: 11/14/2011) |
| 11/22/2011 | 285 | RESPONSE (re 283 MOTION to Withdraw *BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* ) filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Katie J.L. Scott, # 2 Exhibit A, # 3 Exhibit B)(Scott, Katie) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/22/2011 | 286 | NOTICE by Alzheimer's Institute of America *Notice of Appearance of Counsel re Opposition to Motion by Bryan Cave to withdraw as counsel for Alzheimer's Institute of America, Inc.* (Calladine, Guy) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/22/2011 | 287 | RESPONSE (re 283 MOTION to Withdraw *BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* ) *Opposition to Bryan Cave's motion to withdraw* filed by Alzheimer's Institute of America. (Calladine, Guy) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/22/2011 | 288 | RESPONSE (re 283 MOTION to Withdraw *BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* ) *Declaration of Guy Calladine and Declaration of Ronald Sexton and [Proposed] Order* filed by Alzheimer's Institute of America. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C-part 1, # 4 Exhibit Exhibit C-part 2, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Declaration Declaration of Ronald Sexton, # 8 Proposed Order Proposed Order)(Calladine, Guy) (Filed on 11/22/2011) (Entered: 11/22/2011) |

| 11/22/2011 | 289 | RESPONSE (re 283 MOTION to Withdraw *BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* ) *DEFENDANT ELI LILLY AND COMPANY'S MEMORANDUM IN OPPOSITION TO BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED* filed byEli Lilly & Company. (McCauley, Robert) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/22/2011 | 290 | Declaration in Support of 289 Opposition/Response to Motion, *DECLARATION OF ROBERT F. MCCCAULEY IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MEMORANDUM IN OPPOSITION TO BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED* filed byEli Lilly & Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 289 ) (McCauley, Robert) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/22/2011 | 🔒 | (Court only) *** Attorney Joshua Kapnick Bart for Alzheimer's Institute of America added. re 286 Notice (aaa, COURT STAFF) (Filed on 11/22/2011) (Entered: 11/23/2011) |
| 12/02/2011 | 291 | REPLY (re 283 MOTION to Withdraw *BRYAN CAVE'S MOTION TO WITHDRAW IF CASE IS NOT STAYED; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* ) *BRYAN CAVE LLP'S REPLY IN SUPPORT OF ITS MOTION TO WITHDRAW* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Attachments: # 1 Declaration Berrie Goldman, # 2 Exhibit A to Goldman Decl, # 3 Exhibit B to Goldman Decl.)(Goldman, Berrie) (Filed on 12/2/2011) (Entered: 12/02/2011) |
| 12/08/2011 | 292 | Letter from BERRIE R. GOLDMAN *TO HONORABLE ELIZABETH D. LAPORTE*. (Attachments: # 1 Exhibit)(Goldman, Berrie) (Filed on 12/8/2011) (Entered: 12/08/2011) |
| 12/09/2011 | 293 | MOTION to Appear by Telephone *BRYAN CAVE LLC'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION TO WITHDRAW; [PROPOSED] ORDER* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Marshall, Kenneth) (Filed on 12/9/2011) (Entered: 12/09/2011) |
| 12/12/2011 | 294 | CLERKS NOTICE VACATING THE MOTION TO WITHDRAW AS COUNSEL FOR 12/14/2011. (kns, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/13/2011 | 295 | Letter from BERRIE GOLDMAN. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Berrie) (Filed on 12/13/2011) (Entered: 12/13/2011) |
| 12/22/2011 | 296 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 262 Motion to Stay and denying re 283 Counsel's Motion to Withdraw & Terminating re 293 Motion to Appear by Telephone. (hlk, COURT STAFF) (Filed on 12/22/2011) (Entered: 12/22/2011) |

| 02/23/2012 | 297 | ADMINISTRATIVE MOTION to Relate Case to *Civ. Action No. 3:12-mc-80055-SI* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Proposed Order)(Scott, Katie) (Filed on 2/23/2012) (Entered: 02/23/2012) |
|---|---|---|
| 02/24/2012 | 298 | RESPONSE to (re 297 Administrative MOTION to Relate Case to *Civ. Action No. 3:12-mc-80055 (SI)*) -*PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S RESPONSE TO ELAN PHARMACEUTICALS, INC.'S ADMINISTRATIVE MOTION TO RELATE THIS ACTION TO CIV. ACTION NO. 3:12-MC-80055 (SI)-* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/28/2012 | 299 | Order granting re 297 Administrative Motion to Relate Case to 12-mc-80055-SI. Signed by Magistrate Judge Elizabeth D. Laporte. (kns, COURT STAFF) (Filed on 2/28/2012) (Entered: 02/28/2012) |
| 03/08/2012 | 300 | Transcript of Proceedings held on 11-7-2012, before Judge Elizabeth D. Laporte. Court Reporter/Transcriber Debra L. Pas, CRR, Telephone number (415) 431-1477. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/6/2012. (Pas, Debra) (Filed on 3/8/2012) (Entered: 03/08/2012) |
| 03/15/2012 | 301 | NOTICE of Change of Address by Berrie Rebecca Goldman (Goldman, Berrie) (Filed on 3/15/2012) (Entered: 03/15/2012) |
| 03/19/2012 | 302 | STIPULATION AND ORDER Re-setting March 20, 2012 Hearing to March 22, 2012 and to Conduct Hearing Telephonically. Signed by Magistrate Judge Elizabeth D. Laporte on 3/19/2012. (edllc1, COURT STAFF) (Filed on 3/19/2012) Modified on 3/23/2012 (tn, COURT STAFF). (Entered: 03/19/2012) |
| 04/24/2012 | 303 | ORDER REQUIRING UPDATE: Status Report due by 5/7/2012. Signed by Judge Elizabeth D Laporte on 4/24/2012. (kns, COURT STAFF) (Filed on 4/24/2012) (Entered: 04/24/2012) |
| 05/07/2012 | 304 | JOINT REPORT on Status of Case -*(Filed Jointly)*- filed by Elan Pharmaceuticals, Inc., Eli Lilly & Company & Alzheimer's Institute of America, Inc.. (Attachments: #(1) Exhibit 1) (Fishman, Deborah) (Filed on 5/7/2012) (Entered: 05/07/2012) |
| 05/11/2012 | 305 | ORDER FOLLOWING JOINT STATUS UPDATE. Signed by Magistrate Judge Elizabeth D. Laporte on 5/11/2012 on 5/11/2012. (kns, COURT STAFF) (Filed on 5/11/2012) (Entered: 05/11/2012) |

| 06/01/2012 | 306 | NOTICE OF MOTION & MOTION for Summary Judgment *or, in the Alternative, to Dismiss for Lack of Standing* filed by Elan Pharmaceuticals, Inc.. Motion Hearing set for 7/10/2012 at 9:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 6/15/2012. Replies due by 6/22/2012. (Attachments: #(1) Proposed Order)(Fishman, Deborah) (Filed on 6/1/2012) (Entered: 06/01/2012) |
| --- | --- | --- |
| 06/01/2012 | 307 | MEMORANDUM of Points & Authorities in Support of re 306 MOTION for Summary Judgment *or, in the Alternative, to Dismiss for Lack of Standing* filed by Elan Pharmaceuticals, Inc.. (Attachments: # (1) Declaration of Deborah E. Fishman, #(2) Exhibit A, #(3) Exhibit B) (Related document(s) 306 ) (Fishman, Deborah) (Filed on 6/1/2012) (Entered: 06/01/2012) |
| 06/15/2012 | 308 | RESPONSE to (re 306 MOTION for Summary Judgment *or, in the Alternative, to Dismiss for Lack of Standing*) -*Alzheimer's Institute of America, Inc.'s Opposition to Defendants' Motion for Summary Judgment Or, In The Alternative, To Dismiss for Lack of Standing*- filed by Alzheimer's Institute of America. (Marshall, Kenneth) (Filed on 6/15/2012) (Entered: 06/15/2012) |
| 06/15/2012 | 309 | Declaration of Berrie R. Goldman in Support of re 308 Opposition/Response to Motion for Summary Judgment, or in the alternative, to Dismiss for Lack of Standing filed by Alzheimer's Institute of America. (Attachments: #(1) Exhibit A, #(2) Exhibit B) (Related document(s) 308 ) (Marshall, Kenneth) (Filed on 6/15/2012) (Entered: 06/15/2012) |
| 06/21/2012 | 310 | STIPULATION and [PROPOSED] ORDER to *Change Hearing Date from July 10, 2012 to July 31, 2012 Regarding Defendants' Motion for Summary Judgment or, in the Alternative, to Dismiss for Lack of Standing* filed by Elan Pharmaceuticals, Inc.. (Fishman, Deborah) (Filed on 6/21/2012) (Entered: 06/21/2012) |
| 06/22/2012 | 311 | STIPULATION AND ORDER Changing Hearing Date Regarding re 306 MOTION for Summary Judgment *or, in the Alternative, to Dismiss for Lack of Standing*: Motion Hearing re-set for 7/31/2012 at 9:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Signed by Magistrate Judge Elizabeth D. Laporte on 6/21/2012. (kns, COURT STAFF) (Filed on 6/22/2012) (Entered: 06/22/2012) |
| 06/22/2012 | 312 | REPLY in Support of (re 306 MOTION for Summary Judgment *or, in the Alternative, to Dismiss for Lack of Standing*) filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Deborah E. Fishman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Fishman, Deborah) (Filed on 6/22/2012) (Entered: 06/22/2012) |
| 07/31/2012 | 313 | Minute Entry: Motion Hearing held on 7/31/2012 before The Honorable Elizabeth D Laporte (Date Filed: 7/31/2012) re 306 Joint |

| | | |
|---|---|---|
| | | MOTION for Summary Judgment *or, in the Alternative, to Dismiss for Lack of Standing* filed by Elan Pharmaceuticals, Inc.. (Court Reporter Kathy Wyatt.) (kns, COURT STAFF) (Date Filed: 7/31/2012) (Entered: 07/31/2012) |
| 08/03/2012 | 314 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 306 Motion for Summary Judgment or in the alternative to Dismiss for Lack of Standing. (kns, COURT STAFF) (Filed on 8/3/2012) (Entered: 08/03/2012) |
| 08/03/2012 | 315 | JUDGMENT. Signed by Magistrate Judge Elizabeth D. Laporte on 8/1/2012. (kns, COURT STAFF) (Filed on 8/3/2012) (Entered: 08/03/2012) |
| 08/03/2012 | 🔒 | (Court only) ***Deadlines terminated. 315 Judgment., ***Motions terminated: (kns, COURT STAFF) (Filed on 8/3/2012) (Entered: 08/03/2012) |
| 08/03/2012 | 🔒 | (Court only) ***Civil Case Terminated. (tn, COURT STAFF) (Filed on 8/3/2012) (Entered: 08/06/2012) |
| 08/10/2012 | 316 | *Stipulated Request for Order Changing Time for Filing of Motions for Attorneys' Fees; Supporting Declaration; [Proposed] Order* filed by Eli Lilly & Company, Elan Pharmaceuticals, Inc.. (McCauley, Robert) (Filed on 8/10/2012) (Entered: 08/10/2012) |
| 08/13/2012 | 317 | STIPULATED REQUEST AND ORDER Changing Time for Filing of Motions for Attorneys' Fees re 316 . Signed by Magistrate Judge Elizabeth D. Laporte on 8/13/2012. (edllc1, COURT STAFF) (Filed on 8/13/2012) (Entered: 08/13/2012) |
| 08/16/2012 | 318 | *Stipulated Request for Order Changing Time for Filing of Motions for Attorneys' Fees; Supporting Declaration; [Proposed] Order* filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 8/16/2012) (Entered: 08/16/2012) |
| 08/17/2012 | 319 | BILL OF COSTS filed by Eli Lilly & Company. (Burwell, Lawrence) (Filed on 8/17/2012)...Modified on 8/20/2012 (tn, COURT STAFF). (Entered: 08/17/2012) |
| 08/17/2012 | 320 | *Defendant Eli Lilly & Company's Memorandum in Support of its re 319 Bill of Costs* filed by Eli Lilly & Company. (Attachments: # 1 Declaration in Support of Lilly's Bill of Taxable Costs, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Burwell, Lawrence) (Filed on 8/17/2012) (Entered: 08/17/2012) |
| 08/17/2012 | 321 | NOTICE filed by Elan Pharmaceuticals, Inc. of *Bill of Costs* (Rajani, Assad) (Filed on 8/17/2012) (Entered: 08/17/2012) |
| 08/17/2012 | 322 | MEMORANDUM of Points & Authorities in Support of re 323 Bill of Costs filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Assad H. Rajani, # 2 Exhibit 1, # 3 Exhibit 2, # 4 |

| | | |
|---|---|---|
| | | Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41)(Rajani, Assad) (Filed on 8/17/2012)...Modified on 8/20/2012 (tn, COURT STAFF). (Entered: 08/17/2012) |
| 08/17/2012 | 323 | BILL OF COSTS filed by Elan Pharmaceuticals, Inc.. (Rajani, Assad) (Filed on 8/17/2012) (Entered: 08/17/2012) |
| 08/17/2012 | 🔒 | (Court only) ***Motions Terminated re: 319 MOTION for BILLS OF COSTS filed by Eli Lilly & Company, re 322 MOTION for BILL OF COSTS filed by Elan Pharmaceuticals, Inc.. (tn, COURT STAFF) (Filed on 8/17/2012) (Entered: 08/20/2012) |
| 08/20/2012 | 324 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re (318) Stipulated Request on in case 3:10-cv-00482-EDL changing time for filing of motions for attorney's fees. Associated Cases: 3:10-cv-00482-EDL, 3:12-mc-80055-EDL(kns, COURT STAFF) (Filed on 8/20/2012) (Entered: 08/20/2012) |
| 08/28/2012 | 325 | *STIPULATED REQUEST FOR ORDER CHANGING TIME FOR OBJECTIONS TO ELAN PHARMACEUTICALS INC.'S BILL OF COSTS [D.N. 323]; DECLARATIONF OF BERRIE R. GOLDMAN IN SUPPORT; [PROPOSED] ORDER* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/29/2012 | 326 | ORDER Signed by Magistrate Judge Elizabeth D. Laporte granting re 325 Stipulated Request for Extension of Time to File Objections to Elan Pharmaceuticals, Inc.'s Bill of Costs to September 14, 2012. (knsS, COURT STAFF) (Filed on 8/29/2012) (Entered: 08/29/2012) |
| 08/30/2012 | 327 | NOTICE OF APPEAL to the United States Court of Appeals for the Federal Circuit filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. [Appeal Fee of $455.00 Receipt Number 0971-7086484 Paid] *-ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S NOTICE OF APPEAL-* (Goldman, Berrie) (Filed on 8/30/2012) (Entered: 08/30/2012) |
| 08/31/2012 | 328 | [DOCKETED IN ERROR...PLS. REFER TO DOCUMENT NO. 329]...Transmission of Notice of Appeal & Docket Sheet to the United States Court of Appeals for the Ninth Circuit re 327 Notice of Appeal. (tn, COURT STAFF) (Filed on 8/31/2012)...Modified on 9/4/2012 (tn, COURT STAFF). (Entered: 08/31/2012) |

| 09/04/2012 | 329 | Transmission of Notice of Appeal & Docket Sheet to the Federal Circuit Court of Appeals as to re 327 Notice of Appeal filed by Alzheimer's Institute of America. [Filing Fee: $455.00, paid]. [Appeal Record due by 10/4/2012]. (tn, COURT STAFF) (Filed on 9/4/2012) (tn, COURT STAFF). (Additional attachment(s) added on 9/5/2012: # 1 Appeal Information Sheet) (tn, COURT STAFF). (Additional attachment(s) added on 9/5/2012: # 2 Notice of Appeal) (tn, COURT STAFF). (Entered: 09/04/2012) |
| --- | --- | --- |
| 09/11/2012 | 330 | NOTICE filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. -*ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S NOTICE THAT NO TRANSCRIPT WILL BE ORDERED FOR APPEAL*- (Goldman, Berrie) (Filed on 9/11/2012) (Entered: 09/11/2012) |
| 09/12/2012 | 331 | Notice of Docketing/Case Number 12-1646 from United States Court of Appeals for the Federal Circuit re 327 Notice of Appeal filed by Alzheimer's Institute of America, Inc.. (tn, COURT STAFF) (Filed on 9/12/2012) (Entered: 09/12/2012) |
| 09/14/2012 | 332 | OBJECTIONS to re 323 *ELAN PHARMACEUTICALS, INC.'S BILL OF COSTS* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 9/14/2012) (Entered: 09/14/2012) |
| 09/17/2012 | 333 | *DECLARATION OF COMPLIANCE WITH LOCAL RULE 54-2(B) REGARDING re 332 OBJECTIONS TO BILL OF COSTS* filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Related document(s) 332 ) (Goldman, Berrie) (Filed on 9/17/2012) (Entered: 09/17/2012) |
| 09/20/2012 | 334 | Transcript of Proceedings held on 7-31-12, before Judge Elizabeth Laporte. Court Reporter/Transcriber Katherine Wyatt, Telephone number 925-212-5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 12/19/2012. (kpw, COURT STAFF) (Filed on 9/20/2012) (Entered: 09/20/2012) |
| 10/03/2012 | 335 | NOTICE filed by Elan Pharmaceuticals, Inc. of *Withdrawal of Jessica L. Hubley as Counsel of Record* (Rajani, Assad) (Filed on 10/3/2012) (Entered: 10/03/2012) |
| 12/07/2012 | 336 | Costs Taxed in the amount of $49,940.50 against Plaintiff. (ls, COURT STAFF) (Filed on 12/7/2012) (Entered: 12/07/2012) |
| 12/07/2012 | 337 | Costs Taxed re: Docket No. 319 in the amount of $$3,710.59 against |

| | | |
|---|---|---|
| | | Plaintiff. (ls, COURT STAFF) (Filed on 12/7/2012) (Entered: 12/07/2012) |
| 12/13/2012 | 338 | NOTICE OF MOTION & MOTION for *Review of Costs Taxed by Clerk* filed by Alzheimer's Institute of America. Motion Hearing set for 1/22/2013 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 12/27/2012. Replies due by 1/3/2013. (Attachments: #(1) Declaration Berrie R. Goldman, #(2) [Proposed] Order)(Goldman, Berrie) (Filed on 12/13/2012) (Entered: 12/13/2012) |
| 12/27/2012 | 339 | NOTICE by Elan Pharmaceuticals, Inc. *of Withdrawal of Charles D. Ossola as Counsel of Record* (Rajani, Assad) (Filed on 12/27/2012) (Entered: 12/27/2012) |
| 12/27/2012 | 340 | RESPONSE (re 338 MOTION for Taxation of Costs *Motion for Review of Costs Taxed by Clerk* ) filed byElan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Assad H. Rajani, # 2 Exhibit A) (Rajani, Assad) (Filed on 12/27/2012) (Entered: 12/27/2012) |
| 12/27/2012 | 🔒 | (Court only) *** Attorney Charles D. Ossola terminated. (mclS, COURT STAFF) (Entered: 04/23/2015) |
| 01/03/2013 | 341 | REPLY (re 338 MOTION for Taxation of Costs *Motion for Review of Costs Taxed by Clerk* ) *PLAINTIFF ALZHEIMER'S INSTITUTE OF AMERICA, INC.'S REPLY IN SUPPORT OF MOTION TO REVIEW OF COSTS TAXED BY CLERK* filed byAlzheimer's Institute of America, Alzheimer's Institute of America, Inc.. (Goldman, Berrie) (Filed on 1/3/2013) (Entered: 01/03/2013) |
| 01/04/2013 | 342 | CLERKS NOTICE RESETTING THE HEARING ON 338 MOTION for Taxation of Costs *Motion for Review of Costs Taxed by Clerk*. Motion Hearing set for 1/22/2013 04:15 PM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. *This is a text only docket entry, there is no document associated with this notice.* (knm, COURT STAFF) (Filed on 1/4/2013) (Entered: 01/04/2013) |
| 01/04/2013 | 🔒 | (Court only) ***Deadlines terminated. (knm, COURT STAFF) (Filed on 1/4/2013) (Entered: 01/04/2013) |
| 01/17/2013 | 343 | CLERKS NOTICE RESETTING THE TIME FOR HEARING THE 338 MOTION for Taxation of Costs *Motion for Review of Costs Taxed by Clerk*. Motion Hearing set for 1/22/2013 09:30 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. *This is a text only docket entry, there is no document associated with this notice.* (knm, COURT STAFF) (Filed on 1/17/2013) (Entered: 01/17/2013) |
| 01/22/2013 | 344 | Minute Entry: Motion Hearing held on 1/22/2013 before The Honorable Elizabeth D Laporte (Date Filed: 1/22/2013) re 338 |

| | | |
|---|---|---|
| | | MOTION for Taxation of Costs *Motion for Review of Costs Taxed by Clerk* filed by Alzheimer's Institute of America. (Court Reporter Sarah Goekler.) (knm, COURT STAFF) (Date Filed: 1/22/2013) (Entered: 01/22/2013) |
| 01/31/2013 | 345 | ORDER Signed by Chief Magistrate Judge Elizabeth D. Laporte granting in part and denying in part re 338 Plaintiff's Objection to Clerk's Taxation of Costs. (knm, COURT STAFF) (Filed on 1/31/2013) (Entered: 01/31/2013) |
| 02/14/2013 | 346 | NOTICE of Change of Address by Assad Hussain Rajani , *Counsel for Defendant and Counterclaim Plaintiff Elan Pharmaceuticals, Inc.* (Rajani, Assad) (Filed on 2/14/2013) (Entered: 02/14/2013) |
| 02/14/2013 | 347 | Declaration of Assad H. Rajani in Support of 323 Bill of Costs *[Revised per January 31, 2013 Order (D.N. 345)]* filed byElan Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41)(Related document(s) 323 ) (Rajani, Assad) (Filed on 2/14/2013) (Entered: 02/14/2013) |
| 02/20/2013 | 348 | ORDER REGARDING TAXATION OF COSTS re 345 Order on Motion for Taxation of Costs. Signed by Chief Magistrate Judge Elizabeth D Laporte on 2/20/2013. (knm, COURT STAFF) (Filed on 2/20/2013) (Entered: 02/20/2013) |
| 04/16/2013 | 349 | NOTICE of Change of Address by Berrie Rebecca Goldman *BRYAN CAVE, LLP'S NOTICE OF CHANGE OF ADDRESS* (Goldman, Berrie) (Filed on 4/16/2013) (Entered: 04/16/2013) |
| 06/20/2013 | 350 | ORDER of U.S.Court of Appeals for the Federal Circuit as to 327 Notice of Appeal, filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. The appeal is dismissed under FRAP 42(b). (mclS, COURT STAFF) (Filed on 6/20/2013) (Entered: 06/20/2013) |
| 06/20/2013 | 351 | MANDATE of U.S. Court of Appeals for the Federal Circuit as to 327 Notice of Appeal, filed by Alzheimer's Institute of America, Alzheimer's Institute of America, Inc. (mclS, COURT STAFF) (Filed on 6/20/2013) (Entered: 06/20/2013) |
| 06/20/2013 | 352 | CLERKS Letter Spreading Mandate to Counsel re 351 . (mclS, COURT STAFF) (Filed on 6/20/2013) (Entered: 06/20/2013) |
| | | |

| 04/09/2015 | 353 | NOTICE of Change of Address by Katie Jeannine Lewis Scott *and Deborah E. Fishman* (Scott, Katie) (Filed on 4/9/2015) (Entered: 04/09/2015) |
|---|---|---|
| 04/09/2015 | 354 | STIPULATION WITH PROPOSED ORDER *Stipulated Request for Order Changing Time for Filing of Motion for Attoneys' Fees* filed by Elan Pharmaceuticals, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Fishman, Deborah) (Filed on 4/9/2015) (Entered: 04/09/2015) |
| 04/10/2015 | 355 | **ORDER Changing Time for Filing of Motion for Attorneys' Fees signed by Magistrate Judge Elizabeth D. Laporte: granting 354 Stipulation. (shyS, COURT STAFF) (Filed on 4/10/2015) (Entered: 04/10/2015)** |
| 04/10/2015 | 🔒 | (Court only) Set/Reset Deadlines: Motions due by 4/27/2015. (mclS, COURT STAFF) (Entered: 04/13/2015) |
| 04/13/2015 | 🔒 356 | Administrative Motion to File Under Seal filed by Eli Lilly & Company. (Attachments: # 1 Declaration of L. Scott Burwell, # 2 Proposed Order, # 3 Redacted Version of Exhibit 7, # 4 Unredacted Version of Exhibit 7, # 5 Redacted Version of Exhibit 20, # 6 Unredacted Version of Exhibit 20, # 7 Certificate/Proof of Service) (Burwell, Lawrence) (Filed on 4/13/2015) (Entered: 04/13/2015) |
| 04/13/2015 | 357 | MOTION for Attorney Fees *Under 35 USC 285* filed by Eli Lilly & Company. Motion Hearing set for 5/19/2015 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 4/27/2015. Replies due by 5/4/2015. (Attachments: # 1 Declaration of L. Scott Burwell, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7 REDACTED, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20 REDACTED, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Proposed Order)(Burwell, Lawrence) (Filed on 4/13/2015) (Entered: 04/13/2015) |
| 04/13/2015 | 358 | MOTION for Undertaking to Secure any Award of Attorney's Fees filed by Eli Lilly & Company. Motion Hearing set for 5/19/2015 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Replies due by 5/4/2015. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Burwell, Lawrence) (Filed on 4/13/2015) (Entered: 04/13/2015) |
| 04/21/2015 | 359 | MOTION for Attorney Fees filed by Elan Pharmaceuticals, Inc.. |

| | | |
|---|---|---|
| | | Motion Hearing set for 5/26/2015 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 5/5/2015. Replies due by 5/12/2015. (Attachments: # 1 Proposed Order, # 2 Declaration of Deborah Fishman, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Fishman, Deborah) (Filed on 4/21/2015) (Entered: 04/21/2015) |
| 04/22/2015 | 360 | STIPULATION WITH PROPOSED ORDER *Stipulated Request For Order Changing Time For Filing Of Opposition To Motion For Attorneys' Fees* filed by Alzheimer's Institute of America. (Gado, Ameer) (Filed on 4/22/2015) (Entered: 04/22/2015) |
| 04/23/2015 | 361 | **STIPULATION AND ORDER Changing Time for Filing of Oppositions to Motion for Attorneys' Fees signed by Magistrate Judge Elizabeth D. Laporte: granting 360 Stipulation. (shyS, COURT STAFF) (Filed on 4/23/2015) (Entered: 04/23/2015)** |
| 04/23/2015 | 362 | CLERK'S NOTICE: The hearing on Defendant's motion for attorney fees 357 and the hearing on Defendant's motion for undertaking to secure any award of attorney's fees 358 are rescheduled to 5/26/2015 at 9:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (shyS, COURT STAFF) (Filed on 4/23/2015) (Entered: 04/23/2015) |
| 04/27/2015 | 363 | RESPONSE (re 358 MOTION for Undertaking to Secure any Award of Attorney's Fees ) *Alzheimer's Institute of America's Opposition to Defendant Eli Lilly and Company's Motion For Undertaking To Secure Any Award Of Attorney's Fees* filed by Alzheimer's Institute of America. (Gado, Ameer) (Filed on 4/27/2015) (Entered: 04/27/2015) |
| 05/01/2015 | 364 | RESPONSE (re 358 MOTION for Undertaking to Secure any Award of Attorney's Fees ) *Alzheimer's Institute of America's Supplemental Opposition To Defendant Eli Lilly and Company's Motion For Undertaking To Secure Any Award of Attorney's Fees, [Proposed] Order* filed by Alzheimer's Institute of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gado, Ameer) (Filed on 5/1/2015) Modified on 5/4/2015 (mclS, COURT STAFF). (Entered: 05/01/2015) |
| 05/04/2015 | 365 | REPLY (re 358 MOTION for Undertaking to Secure any Award of Attorney's Fees ) filed by Eli Lilly & Company. (Attachments: # 1 Exhibit 3)(Burwell, Lawrence) (Filed on 5/4/2015) (Entered: 05/04/2015) |
| 05/04/2015 | 366 | RESPONSE (re 357 MOTION for Attorney Fees *Under 35 USC 285* ) filed by Alzheimer's Institute of America. (Attachments: # 1 Proposed Order)(Gado, Ameer) (Filed on 5/4/2015) (Entered: 05/04/2015) |
| 05/04/2015 | 367 | DECLARATION of Ameer Gado in support of 366 Opposition/Response to Motion filed by Alzheimer's Institute of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 |

| | | |
|---|---|---|
| | | Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Related document(s) 366 ) (Gado, Ameer) (Filed on 5/4/2015) Modified on 5/5/2015 (mclS, COURT STAFF). (Entered: 05/04/2015) |
| 05/05/2015 | 368 | RESPONSE (re 359 MOTION for Attorney Fees ) *Alzheimer's Institute of America's Opposition to Defendant Elan Corporation PLC's Motion For Attorneys' Fees* filed byAlzheimer's Institute of America. (Attachments: # 1 Proposed Order)(Gado, Ameer) (Filed on 5/5/2015) (Entered: 05/05/2015) |
| 05/05/2015 | 369 | DECLARATION of Ameer Gado in support of 368 Opposition/Response to Motion, filed byAlzheimer's Institute of America. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Related document(s) 368 ) (Gado, Ameer) (Filed on 5/5/2015) Modified on 5/6/2015 (mclS, COURT STAFF). (Entered: 05/05/2015) |
| 05/11/2015 | 370 | REPLY (re 357 MOTION for Attorney Fees *Under 35 USC 285* ) filed byEli Lilly & Company. (Attachments: # 1 Declaration (Supplemental) of L. Scott Burwell, # 2 Exhibit 43, # 3 Exhibit 44, # 4 Exhibit 45, # 5 Exhibit 46, # 6 Exhibit 47, # 7 Exhibit 48, # 8 Exhibit 49, # 9 Exhibit 50)(Burwell, Lawrence) (Filed on 5/11/2015) (Entered: 05/11/2015) |
| 05/12/2015 | 371 | REPLY (re 359 MOTION for Attorney Fees ) filed byElan Pharmaceuticals, Inc.. (Attachments: # 1 Affidavit of Katie J.L. Scott, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Scott, Katie) (Filed on 5/12/2015) (Entered: 05/12/2015) |
| 05/21/2015 | 372 | STIPULATION WITH PROPOSED ORDER *Requesting Permission to Bring Presentation Equipment into Courthouse* filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 5/21/2015) (Entered: 05/21/2015) |
| 05/21/2015 | 373 | **ORDER granting permission to bring presentation equipment into courthouse for 5/26/15 hearing signed by Magistrate Judge Elizabeth D. Laporte: granting 372 Stipulation. (shyS, COURT STAFF) (Filed on 5/21/2015) (Entered: 05/21/2015)** |
| 05/26/2015 | 374 | **Minute Entry for proceedings held on 5/26/2015 before Magistrate Judge Elizabeth D. Laporte regarding Defendant Eli Lilly & Company's motion for attorney fees 357 and motion for undertaking 358 ; and Defendant Elan Pharmaceuticals, Inc.'s motion for attorney fees 359 . The Court takes the motions under submission.** |

|  |  | **FTR Time 9:29 - 9:50**<br><br>**Plaintiff Attorneys: Ameer Gado and Lee Marshall**<br><br>**Defendant Eli Lilly & Company Attorneys: Robert McCauley and L. Scott Burwell**<br><br>**Defendant Elan Pharmaceuticals, Inc Attorney: Deborah Fisherman**<br><br>**This is a text only Minute Entry (shyS, COURT STAFF) (Date Filed: 5/26/2015) (Entered: 05/26/2015)** |
|---|---|---|
| 06/05/2015 | 375 | **ORDER Granting Defendants' Attorney's Fees Motions and Denying Defendant Eli Lily's Undertaking Motion by Magistrate Judge Elizabeth D. Laporte: granting 357 Motion; denying 358 Motion ; and granting 359 Motion. (shyS, COURT STAFF) (Filed on 6/5/2015) (Entered: 06/05/2015)** |
| 06/08/2015 | 376 | NOTICE by Alzheimer's Institute of America *Change of Name and Corporate Status* (Gado, Ameer) (Filed on 6/8/2015) (Entered: 06/08/2015) |
| 06/24/2015 | 377 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation Requesting Permission to Submit Time Records in Camera* filed by Eli Lilly & Company. (McCauley, Robert) (Filed on 6/24/2015) (Entered: 06/24/2015) |
| 06/26/2015 | 378 | MOTION for Attorney Fees *Motion Regarding Amount and Reasonableness of Requested Attorney's Fees* filed by Eli Lilly & Company. Motion Hearing set for 8/11/2015 09:00 PM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 7/10/2015. Replies due by 7/17/2015. (Attachments: # 1 Declaration of L. Scott Burwell, # 2 Exhibit 1 Cover Sheet, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order, # 6 Certificate/Proof of Service)(Burwell, Lawrence) (Filed on 6/26/2015) (Entered: 06/26/2015) |
| 06/26/2015 |  | Set/Reset Hearing Motion Hearing set for 8/11/2015 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. (shyS, COURT STAFF) (Filed on 6/26/2015) (Entered: 06/26/2015) |
| 06/26/2015 | 379 | **ORDER granting Stipulation Requesting Permission to Submit Time Records In Camera signed by Magistrate Judge Elizabeth D. Laporte: granting 377 Stipulation. (shyS, COURT STAFF) (Filed on 6/26/2015) (Entered: 06/26/2015)** |
| 06/26/2015 | 380 | MOTION for Attorney Fees *(Amount and Reasonableness)* filed by Elan Pharmaceuticals, Inc.. Motion Hearing set for 8/11/2015 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate |

| | | |
|---|---|---|
| | | Judge Elizabeth D. Laporte. Responses due by 7/10/2015. Replies due by 7/17/2015. (Attachments: # 1 Declaration of Katie J.L. Scott, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order, # 6 Certificate/Proof of Service of in camera exhibits)(Scott, Katie) (Filed on 6/26/2015) (Entered: 06/26/2015) |
| 07/08/2015 | 381 | STIPULATION WITH PROPOSED ORDER *Stipulated Request for Order Changing Time for Filing of Responses to Defendants' Attorneys' Fees Submissions* filed by Alzheimer's Institute of America. (Attachments: # 1 Declaration of Ameer Gado)(Gado, Ameer) (Filed on 7/8/2015) (Entered: 07/08/2015) |
| 07/08/2015 | 382 | **ORDER granting Stipulated Request for Order Changing Time for Filing of Responses to Defendants' Attorneys' Fees Submission signed by Magistrate Judge Elizabeth D. Laporte: granting 381 Stipulation. (shyS, COURT STAFF) (Filed on 7/8/2015) (Entered: 07/08/2015** |
| 07/08/2015 | 🔒 | (Court only) ***Deadlines terminated. Set/Reset Deadlines as to 382 Order on Stipulation, 380 MOTION for Attorney Fees *(Amount and Reasonableness)*, 378 MOTION for Attorney Fees *Motion Regarding Amount and Reasonableness of Requested Attorney's Fees*. Responses due by 7/17/2015. (mclS, COURT STAFF) (Entered: 07/09/2015) |
| 07/17/2015 | 383 | RESPONSE (re 380 MOTION for Attorney Fees *(Amount and Reasonableness)* ) filed byAlzheimer's Institute of America. (Attachments: # 1 Declaration of Ameer Gado, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Gado, Ameer) (Filed on 7/17/2015) (Entered: 07/17/2015) |
| 07/17/2015 | 384 | RESPONSE (re 378 MOTION for Attorney Fees *Motion Regarding Amount and Reasonableness of Requested Attorney's Fees* ) filed byAlzheimer's Institute of America. (Attachments: # 1 Declaration of Ameer Gado, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order)(Gado, Ameer) (Filed on 7/17/2015) (Entered: 07/17/2015) |
| 07/24/2015 | 🔒 385 | Administrative Motion to File Under Seal *Certain Documents Supporting Its Reply in Support of Its Motion Regarding Amount and Reasonableness of Requested Attorneys' Fees* filed by Eli Lilly & Company. (Attachments: # 1 Declaration of L. Scott Burwell, # 2 Proposed Order, # 3 Redacted Reply Brief, # 4 Unredacted Reply Brief, # 5 Exhibit 4 to Burwell Declaration (Sealed in Entirety), # 6 Certificate/Proof of Service)(Burwell, Lawrence) (Filed on 7/24/2015) (Entered: 07/24/2015) |
| 07/24/2015 | 386 | REPLY (re 378 MOTION for Attorney Fees *Motion Regarding Amount and Reasonableness of Requested Attorney's Fees* ) filed byEli Lilly & Company. (Attachments: # 1 Declaration of L. Scott Burwell, # 2 Exhibit 4 Placeholder, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7) (Burwell, Lawrence) (Filed on 7/24/2015) (Entered: 07/24/2015) |
| | | |

| | | |
|---|---|---|
| 07/24/2015 | 387 | REPLY (re 380 MOTION for Attorney Fees *(Amount and Reasonableness)* ) filed byElan Pharmaceuticals, Inc.. (Attachments: # 1 Declaration, Supplemental of Katie J.L. Scott, # 2 Exhibit A [Corrected], # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J)(Scott, Katie) (Filed on 7/24/2015) (Entered: 07/24/2015) |
| 07/25/2015 | 388 | Declaration of Manisha A. Desai in Support of 386 Reply to Opposition/Response, *Submission of Declaration in Support of Lilly's Reply in Support of Its Motion Regarding Amount Reasonableness of Attorney's Fees* filed byEli Lilly & Company. (Attachments: # 1 Declaration of Manisha A. Desai in Support of Eli Lilly and Company's Motion Regarding Amount and Reasonableness of Attorney's Fees) (Related document(s) 386 ) (Burwell, Lawrence) (Filed on 7/25/2015) (Entered: 07/25/2015) |
| 08/11/2015 | 389 | **Minute Entry for proceedings held on 8/11/2015 before Magistrate Judge Elizabeth D. Laporte regarding the attorney fees motions 378 & 380 . The Court takes the motions under submission. Counsel to update the Court regarding a procedure concerning secretarial fees by 8/12/2015.** <br><br> **Court Reporter Name: Jo Ann Bryce** <br><br> **Plaintiff Attorney: Lee Marshall** <br><br> **Defendant Eli Lilly & Company Attorneys: L. Scott Burwell and Robert McCauley, III.** <br><br> **Defendant Elan Pharmaceuticals, Inc. Attorneys: Deborah Fishman and Katie J. L. Scott** <br><br> **This is a text only Minute Entry (shyS, COURT STAFF) (Date Filed: 8/11/2015) (Entered: 08/11/2015)** |
| 08/12/2015 | 390 | STIPULATION WITH PROPOSED ORDER *Stipulated Procedure Regarding Objections to Administrative/Secretarial Fees* filed by Elan Pharmaceuticals, Inc.. (Scott, Katie) (Filed on 8/12/2015) (Entered: 08/12/2015) |
| 08/12/2015 | 391 | Letter from Katie J.L. Scott *to The Hon. Elizabeth D. Laporte*. (Scott, Katie) (Filed on 8/12/2015) (Entered: 08/12/2015) |
| 08/13/2015 | 392 | **ORDER granting Stipulated Procedure Regarding Objections to Administrative/Secretarial Fees signed by Magistrate Judge Elizabeth D. Laporte: granting 390 Stipulation. (shyS, COURT STAFF) (Filed on 8/13/2015) (Entered: 08/13/2015)** |
| 09/01/2015 | 393 | TRANSCRIPT ORDER by Eli Lilly & Company for Court Reporter Jo Ann Bryce. (Burwell, Lawrence) (Filed on 9/1/2015) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/01/2015) |
| 09/02/2015 | 🔓 | 394 | Transcript of Proceedings held on 8/11/15, before Judge Elizabeth D. Laporte. Court Reporter Jo Ann Bryce, telephone number 510-910-5888, joann_bryce@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction after 90 days. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 393 Transcript Order ) Release of Transcript Restriction set for 12/1/2015. (Related documents (s) 393 ) (Bryce, Joann) (Filed on 9/2/2015) (Entered: 09/02/2015) |
| 09/04/2015 | | 395 | NOTICE by Elan Pharmaceuticals, Inc. *of Joint Submission re Administrative Fees* (Scott, Katie) (Filed on 9/4/2015) (Entered: 09/04/2015) |
| 01/05/2016 | | 396 | Letter from Defendants Elan and Eli Lilly . (Attachments: # 1 Special Masters Report)(Scott, Katie) (Filed on 1/5/2016) (Entered: 01/05/2016) |
| 01/06/2016 | | 397 | Letter from Plaintiff Alzheimer's Institute of America . (Attachments: # 1 Special Masters Report)(Gado, Ameer) (Filed on 1/6/2016) (Entered: 01/06/2016) |
| 02/22/2016 | | 398 | **ORDER regarding special master report by Magistrate Judge Elizabeth D. Laporte. (shyS, COURT STAFF) (Filed on 2/22/2016) (Entered: 02/22/2016)** |
| 03/07/2016 | | 399 | Letter from All Parties *Regarding Potential Impact of Avid Court's Ruling on Objections to Spectial Master's Report and Whether to Await that Ruling Before Issuing Fee Determination*. (Scott, Katie) (Filed on 3/7/2016) (Entered: 03/07/2016) |
| 03/07/2016 | | 400 | Letter from Defendants *Responding to AIA's Arguments Concerning Special Master's Report and Recommendations in Avid (E.D. Pa.)*. (Scott, Katie) (Filed on 3/7/2016) (Entered: 03/07/2016) |
| 03/25/2016 | | 401 | Letter from Elan to Judge Laporte re Order in Avid re Taxation of Costs . (Attachments: # 1 AIA v. Avid, Memorandum Opinion, D.N. 436 (March 23, 2016))(Scott, Katie) (Filed on 3/25/2016) (Entered: 03/25/2016) |
| 03/29/2016 | | 402 | Letter from AIA to Judge Laporte Concerning Judge Savage's Memorandum Opinion Regarding Taxation of Costs in Avid (E.D. Pa.) . (Gado, Ameer) (Filed on 3/29/2016) (Entered: 03/29/2016) |
| 04/14/2016 | | 403 | **ORDER Re Defendant Eli Lilly's Motion to Seal 385 by Magistrate Judge Elizabeth D. Laporte. (shyS, COURT STAFF) (Filed on 4/14/2016) (Entered: 04/14/2016)** |
| | | | |

| 04/14/2016 | 404 | **ORDER on Defendants' Motions Regarding the Amount of the Attorneys' Fees Awards by Magistrate Judge Elizabeth D. Laporte: granting in part 378 & 380 Motions. (shyS, COURT STAFF) (Filed on 4/14/2016) (Entered: 04/14/2016)** |
|---|---|---|
| 04/15/2016 | 405 | STIPULATION WITH PROPOSED ORDER *Request for Order Changing Time for Filing of Plaintiff AIA's Declarations in Support of Motion to Seal (D.N. 385)* filed by Alzheimer's Institute of America. (Goldman, Berrie) (Filed on 4/15/2016) (Entered: 04/15/2016) |
| 04/18/2016 | 406 | **ORDER granting Stipulated Request for Order Changing Time for Filing of Plaintiff AIA's Declarations in Support of Motion to Seal signed by Magistrate Judge Elizabeth D. Laporte: granting 405 Stipulation. (shyS, COURT STAFF) (Filed on 4/18/2016) (Entered: 04/18/2016)** |
| 04/20/2016 | 407 | NOTICE by Elan Pharmaceuticals, Inc. *of Judgment in a Civil Action regarding Award of Attorney's Fees to Defendant Elan* (Attachments: # 1 AO 450 Judgment in a Civil Action form, # 2 Exhibit A)(Fishman, Deborah) (Filed on 4/20/2016) (Entered: 04/20/2016) |
| 04/20/2016 | 408 | NOTICE by Eli Lilly & Company *of Judgment in a Civil Action Regarding Award of Attorney's Fees to Defendant Eli Lilly and Company* (Attachments: # 1 AO 450 Judgment in a Civil Action form, # 2 Exhibit A)(Burwell, Lawrence) (Filed on 4/20/2016) (Entered: 04/20/2016) |
| 04/22/2016 | 409 | Declaration of Ameer Gado in Support of 385 Administrative Motion to File Under Seal *Certain Documents Supporting Its Reply in Support of Its Motion Regarding Amount and Reasonableness of Requested Attorneys' Fees*, 403 Order, 406 Order on Stipulation, filed byAlzheimer's Institute of America. (Related document(s) 385 , 403 , 406 ) (Gado, Ameer) (Filed on 4/22/2016) (Entered: 04/22/2016) |
| 04/25/2016 | 410 | **ORDER Granting Defendant Eli Lilly And Company's Administrative Motion to File Under Seal Certain Documents Supporting its Reply in Support of its Motion Regarding Amount and Reasonableness of Requested Attorney's Fees signed by Magistrate Judge Elizabeth D. Laporte: granting 385 Motion. (shyS, COURT STAFF) (Filed on 4/25/2016) (Entered: 04/25/2016)** |
| 04/25/2016 | 🔒 411 | **FILED UNDER SEAL** REPLY re 410 Order on Administrative Motion to File Under Seal, by Eli Lilly & Company. PER CHAMBERS (aaaS, COURT STAFF) (Filed on 4/25/2016) (aaaS, COURT STAFF). (Entered: 04/26/2016) |
| 04/25/2016 | 🔒 412 | **FILED UNDER SEAL** EXHIBITS re 410 Order on Administrative Motion to File Under Seal, filed byEli Lilly & Company. PER CHAMBERS (Related document(s) 410 ) (aaaS, COURT STAFF) (Filed on 4/25/2016) (aaaS, COURT STAFF). (Entered: 04/26/2016) |
|  |  |  |

| 05/13/2016 | | 413 | NOTICE OF APPEAL to the Federal Circuit; re 375 Order; 404 Order; by Alzheimer's Institute of America. Filing fee $ 505, receipt number 0971-10450317. Appeal Record due by 6/13/2016. (Marshall, Kenneth) (Filed on 5/13/2016) Modified on 5/16/2016 (aaaS, COURT STAFF). (Entered: 05/13/2016) |
| 05/13/2016 | | 414 | MOTION to Withdraw as Attorney *Bryan Cave LLP'S Notice of Motion and Motion to Withdraw; Memorandum of Points and Authorities In Support* filed by Alzheimer's Institute of America. Motion Hearing set for 7/6/2016 09:00 AM in Courtroom E, 15th Floor, San Francisco before Magistrate Judge Elizabeth D. Laporte. Responses due by 5/27/2016. Replies due by 6/3/2016. (Attachments: # 1 Declaration of K. Lee Marshall, # 2 Proposed Order)(Marshall, Kenneth) (Filed on 5/13/2016) (Entered: 05/13/2016) |

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

ALZHEIMER'S INSTITUTE OF
9    AMERICA,                                Case No. 10-cv-00482-EDL

10               Plaintiff,

11        v.                                 **ORDER GRANTING DEFENDANTS'**
                                             **ATTORNEY'S FEES MOTIONS AND**
12    ELI LILLY & COMPANY, et al.,           **DENYING DEFENDANT ELI LILY'S**
                                             **UNDERTAKING MOTION**
13               Defendants.                 Re: Dkt. Nos. 356, 357, 358, 359

14        On April 13, 2015, Defendant Eli Lily & Company ("Defendant Eli Lily") moved for an

15   award of attorney's fees and for an undertaking to secure any award of attorney's fees. On April

16   21, 2015, Defendant Elan Pharmaceuticals, Inc. ("Defendant Elan") also moved for an award of

17   attorney's fees. For the reasons set forth below, Defendants' attorney's fees motions are

18   GRANTED and Defendant Eli Lily's undertaking motion is DENIED.

19   **I.    RELEVANT FACTUAL BACKGROUND AND PROCEDURAL HISTORY**

20        On February 2, 2010, Plaintiff Alzheimer's Institute of America, Inc. ("Plaintiff" or

21   "AIA") initiated this patent infringement action involving patents related to the "Swedish

22   mutation," one of the known genetic causes of Alzheimer's disease. Plaintiff subsequently filed a

23   related case, Alzheimer's Institute of America, Inc. v. Avid Radiopharmaceuticals, 10-cv-6908

24   ("Avid"), in the Eastern District of Pennsylvania. At issue in Avid were patent infringement

25   contentions involving two of the four patents that were at issue in the present case. The Avid

26   court ordered targeted discovery on AIA's standing and ultimately held a trial on that issue. On

27   December 22, 2011, this Court granted Plaintiff's motion to stay this case pending the outcome of

28   the Avid trial, noting that the outcome "is potentially dispositive of this entire action." (Dkt. 296

at 4.)

After an eight-day trial, the <u>Avid</u> jury returned a verdict that amounted to a decision that AIA lacked standing to assert the validity of the patents at issue. The <u>Avid</u> court subsequently entered judgment in favor of the defendants and denied AIA's motion for judgment as a matter of law. <u>Alzheimer's Inst. of Am., Inc. v. Avid Radiopharmaceuticals</u>, 952 F. Supp. 2d 740, 743 (E.D. Pa. 2013). That decision was summarily affirmed by the Federal Circuit. <u>Alzheimers Inst. of Am., Inc. v. Avid Radiopharmaceuticals</u>, 560 F. App'x 996 (Fed. Cir. 2014).

On March 8, 2012, after the <u>Avid</u> court's entry of judgment, this Court lifted its stay and dismissed this case for lack of standing, finding that collateral estoppel applied to the <u>Avid</u> jury's determination. (Dkt. 314 at 2-3.) Subsequently, this Court entered judgment in favor of Defendants. (Dkt. 315.)

On August 20, 2012, this Court entered a stipulation whereby it extended the deadline for Defendants to move for attorney's fees to 14 days after the entry of an order in <u>Avid</u> disposing of the motions for attorneys' fees filed by the defendants in that case. (Dkt. 324.) On March 30, 2015, the <u>Avid</u> court granted the attorney's fees motions, finding that the case is exceptional under 35 U.S.C. § 285, and appointed a special master to determine the amount of attorney's fees to be awarded. The court noted that:

> The jury determined that the plaintiff, Alzheimer's Institute of America, Inc. ("AIA"), was not the owner of the rights to the patent upon which it predicated this infringement action. Instead, it found that the University of South Florida ("USF") had not waived its ownership rights in the Swedish mutation invention. It also found that John Hardy, who was not disclosed on the patent application, was a co-inventor.

> The evidence at trial amply showed that Ronald Sexton, AIA's principal, had conspired with John Hardy and Michael Mullan to defraud USF and Imperial College in London of their ownership rights in the invention. They agreed not to list Hardy as a co-inventor on the patent application. Thus, Mullan was listed as the sole inventor on the patent application and assigned the patent rights to AIA. . . .

> To avoid any claim of ownership by USF, Mullan arranged to have the sequencing in an off-campus, private laboratory even though USF had provided Mullan and Hardy a new laboratory dedicated to Alzheimer's research. Once they had identified the Swedish mutation, Sexton, Hardy and Mullan sought USF's waiver of any

United States District Court
Northern District of California

rights in this discovery. They presented a "waiver letter" to USF's vice-president for research. In their successful effort to obtain his signature on the letter, they led him to believe that the work on the Swedish mutation had been substantially completed while Hardy and Mullan were at Imperial College.

In furtherance of their conspiracy to deprive USF and Imperial College of ownership rights in the invention, Sexton, Hardy and Mullan agreed to omit Hardy's name from any publication reporting the discovery of the Swedish mutation. They also omitted him as a co-inventor from the patent application.

(Burwell Decl. Ex. 1 (March 30, 2015 Order in <u>Avid</u>) at 2-4.)

## II.    DEFENDANTS' ATTORNEY'S FEES MOTIONS

### A.    Standard

Defendants move for awards of attorney's fees pursuant to 35 U.S.C § 285, which provides that "[t]he court in exceptional cases may award reasonable attorney fees to the prevailing party." 35 U.S.C. § 285. Awarding attorney's fees involves a two-step inquiry: (1) the Court must first determine whether a case is exceptional; and (2) if so, the Court must determine in its discretion whether an award of attorney's fees is justified.  <u>Revolution Eyewear, Inc. v. Aspex Eyewear, Inc.</u>, 563 F.3d 1358, 1372-73 (Fed. Cir. 2009).  Section "285 commits the determination [of] whether a case is 'exceptional' to the discretion of the district court."  <u>Highmark Inc. v. Allcare Health Mgmt. Sys., Inc.</u>, 134 S. Ct. 1744, 1748 (2014).

The Supreme Court has held that an "exceptional case"

is simply one that stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated. District courts may determine whether a case is "exceptional" in the case-by-case exercise of their discretion, considering the totality of the circumstances.  As in the comparable context of the Copyright Act, "'[t]here is no precise rule or formula for making these determinations,' but instead equitable discretion should be exercised 'in light of the considerations we have identified.'" <u>Fogerty v. Fantasy, Inc.</u>, 510 U.S. 517, 534, 114 S.Ct. 1023, 127 L.Ed.2d 455 (1994).

<u>Octane Fitness, LLC v. ICON Health & Fitness, Inc.</u>, 134 S. Ct. 1749, 1756 (2014).  The Court also noted that "Section 285 demands a simple discretionary inquiry; it imposes no specific evidentiary burden, much less such a high one. Indeed, patent-infringement litigation has always been governed by a preponderance of the evidence standard."  <u>Id.</u> at 1758.

United States District Court
Northern District of California

**B.     Discussion**

Collateral estoppel or issue preclusion "bars relitigation of issues adjudicated in an earlier proceeding if three requirements are met: '(1) the issue necessarily decided at the previous proceeding is identical to the one which is sought to be relitigated; (2) the first proceeding ended with a final judgment on the merits; and (3) the party against whom collateral estoppel is asserted was a party or in privity with a party at the first proceeding.'" Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 (9th Cir. 2006) (quoting Kourtis v. Cameron, 419 F.3d 989, 994 (9th Cir. 2005)).  Additionally, for collateral estoppel to apply in patent suits, the party against whom collateral estoppel is asserted must have had "a full and fair chance to litigate the validity of [the] patent" in the prior proceeding.  Blonder-Tongue Labs., Inc. v. Univ. of Illinois Found., 402 U.S. 313, 333 (1971).

In Convergence Corp. v. Videomedia, 1982 WL 677588, at *2 (N.D. Cal. May 6, 1982) (Orrick, J.), the court addressed the question of "whether the doctrine of collateral estoppel can be asserted by a defendant in a patent suit on the issue of whether a case is exceptional within the meaning of 35 U.S.C. §285 where that issue has been previously adjudicated in a separate action brought by the same plaintiff-patentee against a different defendant."  The court concluded that it does, reasoning that:

> there are substantial reasons militating in favor of the conclusion that the doctrine of collateral estoppel by prior judgment should be available to a defendant on the exceptional case issue. Initially, where the patent's validity has already been decided on the basis of the collateral estoppel effect of a prior judgment, de novo litigation of the exceptional case issue would plunge the trial court anew into many of the same complex issues which had already been adjudicated in the validity phase of the earlier infringement action. Cf. Maurice A. Garbell, Inc. v. Boeing Cop., 546 F.2d 297, 300, 192 USPQ 481, 483 (9th Cir. 1976) (undisclosed knowledge of prior art relevant to both validity and exceptional case issues). Such a course of action would generate duplicative costs in terms of time and financial resources for both the courts and the parties. Likewise, relitigation of the exceptional case issue without good cause would give plaintiffs more than one bite at a "full and fair opportunity" for judicial resolution of that issue. The parties would be gambling that different courts would arrive at divergent resolutions of that question.
>
> The most persuasive reason, however, springs out of the Supreme Court's recognition of the leverage that a patent plaintiff gains for inducing nuisance settlements and licensing agreements simply by filing, or threatening to file, an infringement action. The availability

4

> of the doctrine of collateral estoppel on the validity issue alone does little to relieve defendants faced with unmeritorious actions of the financial burden of going forward on the validity claims, nor does it relieve them of the additional cost burden of establishing the right to recover costs in exceptional cases. Malicious plaintiffs could exercise leverage by filing multiple infringement actions and forcing a defense when they know that each defendant must still incur extensive litigation costs even to attempt to prevail on the exceptional case issue and to recover their initial outlays. The application of the doctrine of collateral estoppel by prior judgment to the exceptional case issue provides a salubrious corollary to the holding in <u>Blonder-Tongue</u> for effectuating the policies expressed in that decision.

<u>Convergence</u>, 1982 WL 677588 at *3-4; <u>see also</u> <u>Med. Designs, Inc. v. Donjoy, Inc.</u>, 812 F. Supp. 1080, 1082 (S.D. Cal. 1992) (citing <u>Convergence Corp.</u> approvingly for this proposition); <u>Scripps Clinic & Res. Found v. Baxter Travenol Labs., Inc.</u>, 729 F. Supp. 1473, 1474-78 (D. Del. 1990) (same); <u>Nilssen v. Gen. Elec. Co.</u>, 2008 WL 4921354, at *3-5 (N.D. Ill. Nov. 12, 2008) (same).

Here, the <u>Avid</u> court already held that a related action "is an exceptional case," finding that:

> [o]n both factual and legal grounds, this action was objectively unreasonable. The deception, the planning, the execution of the scheme and the motivation of AIA [and others] . . . were hardly common or ordinary. Indeed, their conduct was rare and beyond common decency. They were motivated by ego and greed. Bringing this action was nothing more than a perpetuation of the conspiracy . . . . Such conduct should not be rewarded and without consequences."

(Burwell Decl. Ex. 1 (March 30, 2015 Order in <u>Avid</u>) at 1, 5-6.) However, the court noted that there are "equities on both sides" as "the defendants should not be rewarded for acts of infringement that may have occurred." (<u>Id.</u> at 6.) The court thus granted the motions for attorney's fees but indicated that it "will scrutinize the bills closely in light of [these] equitable concerns." (<u>Id.</u>)

The Parties do not dispute that the issues in this case are identical to the issues already decided in <u>Avid</u>. However, Plaintiff argues that the <u>Avid</u> court's ruling is insufficiently final for collateral estoppel to apply and that Plaintiff did not have a full and fair opportunity to litigate before the <u>Avid</u> court. Neither argument is persuasive.

United States District Court
Northern District of California

### 1. The Avid court's order constitutes a 'final judgment' for purposes of collateral estoppel

"A 'final judgment' for purposes of collateral estoppel can be any prior adjudication of an issue in another action that is determined to be 'sufficiently firm' to be accorded conclusive effect." Luben Indus., Inc. v. United States, 707 F.2d 1037, 1040 (9th Cir. 1983) (citing Miller Brewing Co. v. Jos. Schlitz Brewing Co., 605 F.2d 990, 996 (7th Cir.1979) and Restatement (Second) of Judgments § 13 (1982)). The Luben court noted that

> the Restatement discusses factors that are relevant to the determination of "firmness": [P]reclusion should be refused if the decision was avowedly tentative. On the other hand, that the parties were fully heard, that the court supported its decision with a reasoned opinion, *that the decision was subject to appeal or was in fact reviewed on appeal,* are factors supporting the conclusion that the decision is final for purpose of preclusion.

Id. (emphasis in original). However, "[t]o be 'final' for [issue preclusion] purposes, a decision need not possess 'finality' in the sense of 28 U.S.C. § 1291," which establishes the jurisdiction of the courts of appeals over final decisions of the district courts. Syverson v. IBM, 472 F.3d 1072, 1079 (9th Cir. 2006) (quoting Luben, 707 F.2d at 1040). Rather, "the proper query . . . is whether the court's decision *on the issue as to which preclusion is sought* is final." Id. (emphasis in original) (citing Lummus Co. v. Commonwealth Oil Refining Co., 297 F.2d 80, 89 (2d Cir. 1961) (Friendly, J.)). Indeed, "[i]ssue preclusion [has been applied to] matters resolved by preliminary rulings or to determinations of liability that have not yet been completed by an award of damages or other relief." Id. (citation omitted).

Here, the Avid court found, in a reasoned opinion, that the case is "exceptional" and granted the defendants' motions for attorney's fees pursuant to 35 U.S.C § 285. (Burwell Decl. Ex. 1 at 1.) In two separate orders entered immediately thereafter, the Avid court ordered "that the amount of reasonable attorney's fees incurred by the defendant[s] in litigating this action shall be determined after submission of the Special Master's report." (Avid Dkts. 399, 400.) Because the only issue left unresolved is the amount of reasonable attorney's fees that the defendants incurred, the Avid court's determinations that the case is exceptional under § 285 and that fees are warranted are sufficiently firm to be accorded conclusive affect. See Syverson, 472 F.3d at 1079.

Falana v. Kent State University, 669 F.2d 1349, 1360 (Fed. Cir. 2012), cited by Plaintiff, is

United States District Court
Northern District of California

1    not to the contrary.  <u>Falana</u> did not involve collateral estoppel.  Rather, that case adjudicated the

2    question of when an award of attorney's fees pursuant to § 285 is sufficiently final for the

3    purposes of appeal.  <u>Id.</u>  As both <u>Syverson</u> and <u>Luben</u> clarify, the finality requirement for

4    collateral estoppel is *lower* than the level of finality required for appeal.  <u>Syverson</u>, 472 F.3d at

5    1079 ("[t]o be 'final' for [issue preclusion] purposes, a decision need not possess 'finality' in the

6    sense of 28 U.S.C. § 1291" (quoting <u>Luben</u>, 707 F.2d at 1040)); <u>see also</u> <u>Lummus Co.</u>, 297 F.2d at

7    89 (Friendly, J.) ("'Finality' in the context here relevant may mean little more than that the

8    litigation of a particular issue has reached such a stage that a court sees no really good reason for

9    permitting it to be litigated again.").  Additionally, that Plaintiff might appeal the <u>Avid</u> court's

10    decision does not affect whether collateral estoppel applies.  <u>See</u> <u>Collins v. D.R. Horton, Inc.</u>, 505

11    F.3d 874, 883 (9th Cir. 2007) ("the benefits of giving a judgment preclusive effect pending appeal

12    outweigh any risks of a later reversal of that judgment"); <u>Cygnus Telecommunications Tech., LLC</u>

13    <u>v. Am. Int'l Telephonics, LLC</u>, 569 F. Supp. 2d 1035, 1038 (N.D. Cal. 2008) (Whyte, J.) ("the

14    pendency of an appeal does not prevent this Court from applying collateral estoppel");

15    <u>Convergence</u>, 539 F. Supp. at 762 ("It is a well-established general rule . . . that the pendency of

16    an appeal does not suspend the operation of an otherwise final judgment as . . . collateral

17    estoppel.")

18             **2.    Plaintiff had a full and fair opportunity to litigate before the <u>Avid</u> court**

19             Plaintiff argues that it did not have a full and fair opportunity to litigate before the <u>Avid</u>

20    court because: (1) evidence was improperly excluded by the <u>Avid</u> court; and (2) the jury did not

21    make a finding that Plaintiff had intentionally misled the Patent and Trademark Office ("PTO") or

22    the University of South Florida ("USF").  However, Plaintiff raised the issue of improperly

23    excluded evidence on appeal to the Federal Circuit;  Plaintiff's appeal was denied.  <u>Alzheimers</u>

24    <u>Inst. of Am., Inc. v. Avid Radiopharmaceuticals</u>, 560 F. App'x 996 (Fed. Cir. 2014).  Furthermore,

25    while the <u>Avid</u> jury may not have found that Plaintiff intentionally misled the PTO and USF,

26    Plaintiff had a full and opportunity to argue whether or not this case is "exceptional" before the

27    judge in <u>Avid</u>.  Plaintiff cites no authority suggesting that it is improper for a judge to make these

28    types of determinations.  <u>See</u> <u>Cybor Corp. v. FAS Techs., Inc.</u>, 138 F.3d 1448, 1460 (Fed. Cir.

1998) ("The district court must determine whether a case is exceptional"); see also Door-Master

Corp. v. Yorktowne, Inc., 256 F.3d 1308, 1314 (Fed. Cir. 2001) ("[T]he district court may reweigh

evidence in deciding whether the case is exceptional so long as the court's findings do not conflict

with the jury's findings."). Here, there is no suggestion that the Avid court's order conflicts with

the jury's findings.

*          *          *          *          *

According, collateral estoppel applies to the Avid court's determinations that the case is

exceptional under 35 U.S.C. § 285 and that attorney's fees are justified and the Court GRANTS

Defendants' attorney's fees motions. However, the Court is unable to determine the amount of

reasonable attorney's fees to award from the Parties' submissions. Defendants are therefore

ORDERED to file motions outlining the amount and reasonableness of the fees that they are

requesting.

## III.   DEFENDANT ELI LILY'S UNDERTAKING MOTION

Section 1030 of the California Code of Civil Procedure provides that "[w]hen the plaintiff

in an action or special proceeding resides out of the state, or is a foreign corporation, the defendant

may at any time apply to the court by noticed motion for an order requiring the plaintiff to file an

undertaking to secure an award of costs and attorney's fees which may be awarded in the action or

special proceeding . . . . If the court, after hearing, determines that the grounds for the motion have

been established, the court shall order that the plaintiff file the undertaking in an amount specified

in the court's order as security for costs and attorney's fees." Cal. Civ. Proc. Code § 1030(a), (c).

However, because this is a federal question case, application of this rule is discretionary. See

Pittman ex rel. L.P. v. Avish P'ship, 525 F. App'x 591, 592-93 (9th Cir. 2013) (district court did

not abuse its discretion in requiring the plaintiff to post a bond in a federal question case); Kourtis

v. Cameron, 358 F. App'x 863, 866 (9th Cir. 2009) (same); AF Holdings LLC v. Trinh, 2012 U.S.

Dist. LEXIS 161394, *1 (N.D. Cal. Nov. 9, 2012) (Breyer, J.) (noting that "[a]lthough state

provisions regarding security for costs or expenses are inapplicable in federal question cases,

courts may apply state practice as a discretionary matter when not inconsistent with federal

legislation" and applying § 1030); 10 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane,

United States District Court<br>Northern District of California

8

Fed. Prac. & Prod. § 2671 (2014) ("When suit is brought under a federal statute, state provisions requiring security for costs or expenses clearly are inapplicable. In these cases the district court's own rules or state practice may be applied as a discretionary matter when not inconsistent with the federal legislation . . . .").

In this case, Defendant Eli Lily moves for an undertaking, arguing that Plaintiff is a foreign corporation and that Defendants are likely to be awarded attorney's fees. However, at this late stage in the litigation, there appears to be little point in the court exercising its discretion to order an undertaking. Indeed, the Avid court denied similar undertaking motions. (See Supp. Opp. Exs. 1-2.) Furthermore, the cases on which Defendant Eli Lily relies are distinguishable and none of them awarded attorney's fees at the post-judgment stage. In Gabriel Technologies Corp. v. Qualcomm Inc., 2010 WL 3718848, at *2 (S.D. Cal. Sept. 20, 2010), at issue was "over $1 billion in damages." The Court granted the defendants' motion for an undertaking, which was brought after the plaintiffs filed a fourth amended complaint and where the "[d]efendants [had] already expended over $1 million defending [the] action, and expect[ed] defense costs to exceed $5 million in attorneys' fees." Id. at *10. Here, by contrast, the complaint has already been dismissed with prejudice. Additionally, both Trinh, and AF Holdings LLC v. Navasca, 2013 WL 450383 (N.D. Cal. Feb. 5, 2013) (Chen, J.), arose under unique circumstances involving a series of lawsuits brought by AF Holdings LLC and the Prenda Law firm that involved misconduct on the part of both entities that is unlike Plaintiff's conduct here. See Ingenuity 13 LLC v. John Doe, 2013 WL 1898633, at *1 (C.D. Cal. May 6, 2013). Finally, GeoTag, Inc. v. Zoosk, Inc., 2014 WL 793526, at *4 (N.D. Cal. Feb. 26, 2014) (Chen, J.), and IPVX Patent Holdings, Inc. v. Voxernet, LLC, 2014 WL 2772297, at *3 (N.D. Cal. June 18, 2014) (Lloyd, J.), both denied motions for an undertaking.

## IV. CONCLUSION

Defendants' attorney's fees motions are GRANTED. Defendants are ORDERED to file motions outlining the amount and reasonableness of the fees that they are requesting within twenty-one days of this order. Plaintiff's oppositions, if any, shall be filed no later than fourteen days thereafter. Defendants' replies, if any, shall be filed no later than seven days after Plaintiff's

United States District Court
Northern District of California

oppositions are filed. Additionally, the Parties are ORDERED to promptly file a joint letter attaching the <u>Avid</u> special master's report once it is available. Defendant Eli Lily's undertaking motion is DENIED.

**IT IS SO ORDERED.**

Dated: June 5, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 ALZHEIMER'S INSTITUTE OF                    Case No. 10-cv-00482-EDL
AMERICA,
8                                             **ORDER ON DEFENDANTS' MOTIONS**
           Plaintiff,                         **REGARDING THE AMOUNT OF THE**
9                                             **ATTORNEYS' FEES AWARDS**
      v.
10                                            Re: Dkt. Nos. 378, 380
   ELI LILLY & COMPANY, et al.,
11
           Defendants.
12

13        On February 2, 2010, Plaintiff Alzheimer's Institute of America, Inc. ("Plaintiff" or

14 "AIA") initiated this patent infringement action involving patents related to the "Swedish

15 mutation," one of the known genetic causes of Alzheimer's disease. Plaintiff subsequently filed a

16 related case, Alzheimer's Institute of America, Inc. v. Avid Radiopharmaceuticals, Case No. 10-

17 cv-6908 ("Avid"), in the Eastern District of Pennsylvania. In December 2011, after Defendant Eli

18 Lilly & Company ("Defendant Eli Lilly") moved for summary judgment on the issue of

19 noninfringement, this Court stayed this case pending the jury trial in Avid. In August 2012, this

20 Court dismissed this case, applying collateral estoppel to the Avid jury's finding that Plaintiff

21 lacked standing to pursue its patent claims. (Dkt. 314 (August 1, 2012 Order) at 4.)

22        On June 5, 2015, this Court granted Defendant Eli Lilly's and Defendant Elan

23 Pharmaceuticals, Inc.'s ("Defendant Elan") motions for attorneys' fees, finding that collateral

24 estoppel applies to the district judge's determination in Avid that the case is exceptional under 35

25 U.S.C. § 285 and that attorney's fees are justified. See Avid, 2015 WL 1422337, at *1-3 (E.D. Pa.

26 Mar. 30, 2015) (noting that the evidence at trial showed that Plaintiff's principal conspired with

27 two other individuals to misrepresent the true owner of the Swedish mutation inventions and to

28 defraud two universities and that this "conduct was rare and beyond common decency . . . . [and]

United States District Court
Northern District of California

motivated by ego and greed . . . . [and] [b]ringing this action was nothing more than a perpetuation of the conspiracy"). The Avid court referred the issue of the reasonable amount of fees to award to a Special Master. Id. at *4; see also id. at *3 (noting that "[t]here are equities on both sides" and that the court will "scrutinize the bills closely in light of [these] equitable concerns"). On June 26, 2015, Defendants Eli Lilly & Elan filed supplemental motions in this case regarding the amount and reasonableness of the fees that they are seeking to recover, on which this Court deferred ruling until the Special Master issued his report in Avid.

In his report and recommendation, Special Master Gene Cohen recommended awarding Avid Radiopharmaceuticals $2,923,901.61 less than its requested amount of $6,867,219.31 in fees. (Dkt. 396-1 (Avid Special Master Report) at 22.) Both Parties in Avid filed objections to the Special Master's report and, in light of the pendency of those objections, this Court ordered the Parties to file supplemental letters addressing the potential impact on this case of the Avid court's ruling on those objections and whether this Court should await that ruling before issuing its own fee determination. Considering the Parties' various submissions and their arguments at the August 11, 2015 hearing, for the reasons set forth below, no further delay is warranted and Defendants' motions are GRANTED in part.

## I.     DISCUSSION

### A.     Plaintiff's request that the Court continue to defer its ruling on Defendants' motions

Plaintiff argues that despite the issuance of the Special Master's report, this Court should still defer ruling on Defendants' motions indefinitely, not only until the Avid court issues its ruling on the Parties' objections but also until a planned appeal of the case to the Federal Circuit concludes. Plaintiff notes that Defendants have repeatedly urged this Court to defer to rulings in Avid and argues that the district judge's ruling in that case "will reflect more than number-crunching; it will reflect [the district judge's] ultimate exercise of discretion based on the circumstances before him . . . ." (Dkt. 399 at 3.) Plaintiff thus argues that the Avid court will ultimately be deciding the question of whether the "equities on both sides" of the case warrant a reduction in the fee award and that such a holding could impact this Court's fee determination.

1    Plaintiff also argues that this Court should defer its ruling so that it can consider any determination

2    by the district judge that Avid's fees are excessive beyond what the Special Master has already

3    found.

4         However, although <u>Avid</u> and this case involve related subject matter, they are distinct

5    actions.  Defendant Elan is not a party to the <u>Avid</u> case.  While Avid Radiopharmaceuticals is a

6    subsidiary of Defendant Eli Lilly and they are represented by the same law firm, Plaintiff has not

7    shown an overlap in their representation that is sufficient to warrant any further delay.

8    Significantly, Plaintiff does not point to any specific findings of the Special Master with regard to

9    Avid's bills that are particularly relevant here.  Indeed, the bulk of the <u>Avid</u> Special Master's

10   recommended reductions relate to tasks related to summary judgment, pre-trial and trial work,

11   none of which occurred in this case.

12        Moreover, the Special Master in <u>Avid</u> did not find that either the "relative merits of the

13   parties' litigation positions" or "the parties' relative financial conditions" justified a reduction in

14   the fee award.  (Dkt. 369-1 (<u>Avid</u> Special Master Report) at 13.)  The <u>Avid</u> Special Master also

15   did not adopt Plaintiff's argument that "Avid should not be rewarded for [its] 'rampant and

16   lucrative patent infringement,'" noting that the issue "has not been litigated and there is no proof

17   [that] there was infringement."  (<u>Id.</u>)  Although the district judge has not yet ruled on the Parties'

18   objections to the Special Master's report, he recently declined to reduce Avid's recovery of costs

19   based on equitable reasons, noting that:

20             [Plaintiff] argues that Avid should not be rewarded for acts of
               infringement that it may have committed.  However, infringement
21             was never determined in this action.  Indeed, as Avid notes, a
               defendant cannot be liable for the infringement of an invalid patent. .
22             . . Thus, we decline to reduce Avid's costs on equitable grounds.

23   (Dkt. 401-1 (3/23/16 <u>Avid</u> Order) at 5.)  Here, as in <u>Avid</u>, there has been no finding of

24   infringement.  Accordingly, the Court declines Plaintiff's request to further delay ruling on

25   Defendants' motions.

26

27

28

United States District Court
Northern District of California

### B.    The amount and reasonableness of Defendants' fee requests

Defendant Eli Lilly seeks to recover $4,493,265.63[1] in "fees it incurred in defending this case . . . for the period of time from the filing of AIA's complaint on February 2, 2010, to the Court's order dismissing the lawsuit on August 6, 2012." (Burwell Decl. ¶ 3.) Additionally, Defendant Elan seeks to recover $3,731,399.63[2] in fees, including fees incurred "between March 8, 2011 and October 31, 2012 [by] Dickstein Shapiro attorneys, paralegals, and litigation support staff," fees incurred "between November 3, 2009 and March 9, 2011 [by] Howrey attorneys, paralegals, and litigation support staff," and fees associated with its first motion for attorney's fees. (Fishman Decl. ¶¶ 9-11; Scott Decl. Corrected Ex. A.)

### 1.    Reasonableness of Defendants' requested hourly billing rates

"A court awarding attorney fees must look to the prevailing market rates in the relevant community." Bell v. Clackamas Cnty., 341 F.3d 858, 868 (9th Cir. 2003) (citing Blum v. Stenson, 465 U.S. 886, 895 (1984)); see also View Eng'g, Inc. v. Robotic Vision Sys., Inc., 208 F.3d 981, 987-88 (Fed. Cir. 2000) (approving of the use of the AIPLA survey in assessing billing rates). According to the American Intellectual Property Law Association ("AIPLA"), median and average billing rates in San Francisco in 2010 were as follows:

Mean Associate - $361.00

Median Associate - $370.00

Third Quartile (75%) Associate - $470.00

Mean Partner - $571.00

Median Partner - $585.00

Third Quartile (75%) Partner - $700.00

(Fishman Decl. Ex. D.)

### a.    Defendant Eli Lilly

---

[1] Although Defendant Eli Lilly originally sought fees totaling $4,582,063.50 (Burwell Decl. ¶ 7), Eli Lilly reduced its requested amount by $88,797.87 in its Reply. (See Burwell Reply Decl. ¶¶ 4-5.)

[2] Although Defendant Elan originally sought fees totaling $3,884,313.03 (Fishman Decl. ¶ 11), it subsequently reduced its requested amount to $3,761,388.63 (Scott Decl. Corrected Ex. A), and then, after the August 11, 2015 hearing, further agreed to reduce its request by $29,989.00 to $3,731,399.63. (See Dkt. 395.)

4

1      Defendant Eli Lilly seeks attorneys' fees at a rate of up to $410.00 per hour for partners

2  and up to $300.00 per hour for associates.  Defendant Eli Lilly states that this represents a reduced

3  rate for some of its partners and associates.  (Burwell Decl. ¶ 7.)  Plaintiff does not object to these

4  rates and they are less than the average AIPLA market rate for San Francisco in 2010.  Eli Lilly's

5  requested hourly rates are reasonable.

6                          **b.      Defendant Elan**

7      Defendant Elan seeks attorneys' fees at rates between $335.00 and $459.00 per hour for

8  associates and rates between $481.50 and $775.00 per hour for partners.  (Fishman Decl. ¶ 5.)

9  Defendant Elan's rates largely fall within the average AIPLA billing rates for San Francisco in

10  2010.  For example, the billing rate for the lead partner on this matter for Dickstein Shapiro,

11  Deborah Fishman, is $585.00, which is the AIPLA median market rate.  Furthermore, Elan's

12  highest billing rate for associates, $459.00 per hour, is less than the AIPLA third quartile rate.

13  Although Defendant seeks a rate of $775.00 per hour for one senior partner, Lloyd Day, who

14  billed 96.9 hours to the case, Defendant states that Mr. Day has been a lawyer for decades, is

15  "highly experienced" and "specialize[s] in patent, trade secret, and copyright litigation."  (Id. ¶

16  5H.)  Given his experience, his rate, which is slightly above the AIPLA third quartile rate for

17  partners in San Francisco in 2010, is reasonable.

18      While Plaintiff objects to Elan's fees based on AIPLA average attorney rates for the entire

19  country, the Court's analysis "'should be guided by the rate prevailing in the community,'" not

20  nationwide averages.  See Kilopass, 2015 WL 1065883, at *6 (quoting Chalmers v. City of Los

21  Angeles, 796 F.2d 1205, 1210-11 (9th Cir. 1986)); Bell, 341 F.3d at 868.  Additionally, the fact

22  that Elan seeks higher rates than Eli Lilly does not render Elan's rates unreasonable.  Accordingly,

23  Elan's requested hourly rates are reasonable.

24                  **2.      General reasonableness of the amounts sought by Defendants**

25                          **a.      Defendant Eli Lilly**

26      Plaintiff argues that the total sum that Defendant Eli Lilly seeks to recover in this case,

27  over $4,000,000 in fees, should be reduced because it is inconsistent with the AIPLA survey.  See

28  Mathis v. Spears, 857 F.2d 749, 755 (Fed. Cir. 1988) (finding that a district court properly

United States District Court
Northern District of California

considered the AIPLA survey of billing rates). As Plaintiff notes, the 2013 AIPLA survey indicates that the median cost of cases which had approximately $1,000,000.00 to $10,000,000.00 at issue through trial was $1,250,000.00, and only $750,000.00 through the end of discovery.

However, Plaintiff cites no evidence supporting its assertion that the total amount at issue in this case was under $10,000.000.00. To the contrary, other sections of Plaintiff's brief suggest a larger amount in controversy. (See Opp. to Ely Lilly Mot. at 2 ("Lilly stands to reap immense financial benefit in large part due directly to infringement of the patents at issue in this litigation"), 14 ("Lilly paid *$800 million* for the purchase of Avid . . . based largely upon Avids' research program, which included innumerable examples of the use of the Swedish mutation . . . . Lilly stands to collect *billions of dollars* in sales revenue going forward . . . . But for the ownership quagmire the patents are now in, one wonders how much Lilly would have paid for a license to these patents." (emphasis in original))). Furthermore, the cited AIPLA survey is based on nationwide estimates for "a single IP asset, such as one patent at issue." (Scott Reply. Decl. Ex. D. at 3.) Here, however, four parents were at issue. Additionally, the AIPLA cost estimates for patent cases in the San Francisco region exceed AIPLA's nationwide estimates. (See id. Ex. D. at 14.) Moreover, this case was not typical in that it involved an over twenty-year factual history and complicated ownership and inventorship issues, and Plaintiff sought to enjoin future sales, as well as to recover royalties and treble damages. (Cmpl. at 9; Dkt 141 at 7.)

According to the AIPLA survey, the median cost for defending all types of patent infringement cases where more than $25,000,000.00 is at issue is $5,500,000.00. (Id. Ex. 5 at I-132.) The median cost in such a case for law firms of sixty or more attorneys, such as the law firms that represented Defendants in this case, is $7,000,000.00. (Id. at I-136.) Through the end of discovery, the median cost in such a case for large firms is $4,750,000.00. (Id. at I-135.) In this case in which Defendant Eli Lilly seeks less than this median amount, Eli Lilly litigated several motions, including motions to sever, to compel and to stay the case, filed a claim construction brief and moved for summary judgment. See Nilssen v. Gen. Elec. Co., 2011 WL 633414, at *11 (N.D. Ill. Feb. 11, 2011) ("[The plaintiff] alleges that the [AIPLA] report that [the defendant] cites in the Petition for Attorneys' Fees is largely irrelevant because the AIPLA report

United States District Court
Northern District of California

United States District Court
Northern District of California

1  reflects litigation costs for suits that have proceeded to the end of discovery or are inclusive of all

2  litigation costs.  But it does not follow that legal expenses or hourly rates are to be reduced where

3  discovery is not involved, but extensive briefing on various issues and formulation of strategy on

4  how to respond to vexatious litigation are.").[3]

5  　　　　　　　　　　　**b.**　　　　**Defendant Elan**

6  　　　　Defendant Elan seeks a smaller fee award than Defendant Eli Lilly while facing a similar

7  potential damages exposure.  Therefore, its fee request is not obviously excessive.

8  　　　　　　　**3.**　　　　**Adequacy of Defendants' fee documentation**

9  　　　　　　　　　**a.**　　　　**Defendant Eli Lilly**

10  　　　　Plaintiff argues that Defendant Eli Lilly failed to adequately document its fee request

11  because it did not file "the actual invoices submitted to Lilly in connection with this litigation" and

12  "documents sufficient to reflect payments actually made by Lilly to its counsel."  (Opp. to Eli

13  Lilly at 10.)  However, Defendant Eli Lilly submitted spreadsheets documenting the tasks it

14  performed, the number of hours billed, the actual fees billed and the total fees, as well as the rates

15  at which it seeks to recover.  See Desai Decl. ¶ 3 ("[T]he total amount paid by [Eli Lilly] for the

16  legal fees billed by [its lawyers] exceeds the amount Lilly seeks to recover in its Motion for

17  Attorney's Fees."); Reply at 6 (noting that it has "not sought recovery in this case of any tasks that

18  are duplicative of those performed in the Avid case"); see also Welch v. Metro. Life Ins. Co., 480

19  F.3d 942, 946 (9th Cir. 2007) ("[T]he district court erred in reducing [the plaintiff's] requested rate

20  because [their counsel] does not collect [the requested rate] from its paying clients. We have

21  repeatedly held that the determination of a reasonable hourly rate is not made by reference to the

22  rates actually charged the prevailing party. Rather, billing rates should be established by reference

23  to the fees that private attorneys of an ability and reputation comparable to that of prevailing

24  counsel charge their paying clients for legal work of similar complexity." (internal quotation

25

26  ───────────────
[3] Plaintiff also argues that Defendant Eli Lilly's bills are unreasonable because seven partners and

27  twelve associates billed time to the case, although Plaintiff does not point to any duplicative tasks.
Plaintiff does not explain why this was necessarily inefficient in view of the large amount in

28  controversy and the fact that several of these attorneys did not spend significant time on the case.
Accordingly, the Court does not reduce Defendant Eli Lilly's fee award on this basis.

marks and citations omitted)).  Moreover, the fact that the <u>Avid</u> court may have required Defendant Eli Lilly to submit additional documentation in that case does not render its submission here inadequate, especially in light of the extensive supporting billing records submitted by Eli Lilly.  Accordingly, Defendant Eli Lilly's fee request is adequately supported.

### b. Defendant Elan

For similar reasons, Defendant Elan's fee request is also adequately documented. Although Plaintiff argues that Defendant Elan's attorneys improperly "block-billed" their time in that some entries list the total time worked on a given day by an attorney who performed multiple tasks but do not state the amount of time spent on each discrete task, such a billing method is not necessarily improper.  Further, Plaintiff does not point to any improper tasks included in these "block-bills."

### 4. Defendants' requests for non-attorney time

A party "may not recover for clerical and secretarial work that should be covered in hourly rates as normal overhead.  However, reasonable attorneys' fees may include paralegal services." <u>Limo Hosting v. Fiks</u>, 2010 WL 55876, at *3 (N.D. Cal. Jan. 4, 2010); <u>see also</u> <u>Missouri v. Jenkins ex rel. Agyei</u>, 491 U.S. 274, 288 n.10 (1989) ("purely clerical or secretarial tasks should not be billed at a paralegal rate, regardless of who performs them"); <u>Darling Intern., Inc. v. Baywood Partners, Inc.</u>, 2007 WL 4532233, *5 (N.D. Cal. 2007) (excluding hours claimed for "purely clerical and/or secretarial tasks [transmitting materials to a client, making travel arrangements, copying documents, setting up and taking down a war room, serving documents, coordinating a court reporter, and so forth] for which there should be no compensation").

Although in <u>Mathis v. Spears</u>, 857 F.2d 749, 757-58 (Fed. Cir. 1988), the Federal Circuit affirmed an award of fees that included some secretarial work, it did so only for costs that exceeded the normal secretarial workday:

> [The plaintiff] objects that the award includes what [the plaintiff] says are "overhead clerical services," such as paralegal work, secretarial services, overtime, document preparation and outside typing services. [The plaintiff] suggests that [the defendant] got a double recovery for such items because they would have been included in [the defendant's] hourly rates. [The plaintiff] does not, however, refute [the defendant's] statement that *the listed items*

> *"were charged only when the volume of work relating to the litigation exceeded the normal secretarial workday, resulting in an out-of-pocket cost above and beyond normal office salaries."* The district court found that [the defendant's] disbursements, including paralegal and law clerk time, were reasonable. We have no reason to disturb that finding.

Mathis, 857 F.2d at 759 (citation omitted) (emphasis added); see also Nikko Materials USA, Inc. v. R.E. Serv. Co., 2006 WL 118438, at *5 (N.D. Cal. Jan. 13, 2006) ("The Federal Circuit has interpreted 35 U.S.C. § 285 as including not only the recovery of attorney fees, but also the recovery of all reasonable expenses incurred in prosecuting the entire action. . . . Such fees include all expenses that are not covered by the attorneys' hourly rates, routinely paid by counsel and billed to the client, and that are not expenses incurred for the convenience of counsel. . . . These expenses may include . . . fees associated with non-attorneys such as paralegals, law clerks, and secretaries . . . ."); Johnson & Johnston Associates, Inc. v. R.E. Serv. Co., 1998 WL 908925, at *9 (N.D. Cal. Dec. 23, 1998), rev'd on other grounds, 285 F.3d 1046 (Fed. Cir. 2002).

### a.   Defendant Eli Lilly

Plaintiff argues that many of Defendant Eli Lilly's billing entries for non-attorneys appear to be for clerical and/or secretarial work.  For example, Defendant's original submission included billing entries for collecting documents for attorney review, collecting claim construction rulings for attorney review, updating databases and case files, and collecting deposition transcripts.  In response, Defendant Eli Lilly withdrew several entries in its Reply.

After the August 11, 2015 hearing, the Parties met and conferred and subsequently lodged a list of disputed time entries totaling $159,245.00 in fees.  A review of the disputed time records reveals some entries for clerical and secretarial work performed by case managers and litigation clerks, such as collecting documents and articles, with no indication that this work resulted in out-of-pocket costs beyond normal office salaries.  The Court thus discounts Defendant Eli Lilly's request for fees for non-attorney time by 30% to $111,471.50.

### b.   Defendant Elan

Plaintiff and Defendant Elan also met and conferred after the August 11, 2015 hearing and lodged a list of disputed time entries totaling $46,417.80 fees.  Elan's disputed records include several entries for clerical and secretarial work performed by paralegals, including organizing and

preparing files, de-duplicating documents and printing.  However, the majority of the disputed entries seek recovery for paralegal services, which are recoverable.  Accordingly, the Court discounts Defendant Elan's request for fees for non-attorney time by 25% to $34,813.35.

### 5.    Time entries associated with John Hardy, Alison Goate and Henry Houlden

#### a.    Defendant Eli Lilly

Plaintiff argues that Defendant Eli Lilly improperly relied "upon the testimony of paid fact witnesses under 'consulting agreements' as part of their defense."  (Opp. to Eli Lilly Mot. at 8.) The three such witnesses identified by Plaintiff are John Hardy, Alison Goate and Henry Houlden. Plaintiff seeks to exclude recovery of any fees for time entries associated with these witnesses.  In response, Defendant Eli Lilly states that it did not compensate witnesses for their testimony, rather it compensated them "as consultants for the time they spent away from their professional obligations."  (Eli Lilly Reply at 3.)  Defendant also notes that Plaintiff unsuccessfully raised this issue before the Avid court.

As this case did not proceed to trial, the propriety of Defendant's "consulting agreements" is not at issue.  Moreover, Defendant's time entries largely reflect communications about, and research into, these witnesses as opposed to direct communications with them, and these witnesses were relevant to the case.  For example, the Avid court noted that John Hardy was one of the participants in the conspiracy "to defraud [the University of South Florida] and Imperial College in London of their ownership rights in the" Swedish mutation.  Avid, 2015 WL 1422337, at *1. Accordingly, the Court does not reduce Eli Lilly's fee award on this basis.

#### b.    Defendant Elan

Plaintiff also objects to Defendant Elan's time entries referencing these witnesses. However, Defendant Elan does not seek recovery of any fees paid by it to an expert or consultant. Defendant's time entries referencing these individuals properly reflect time spent meeting with these individuals, researching their backgrounds, and reviewing relevant documents, publications and deposition transcripts.  Such activities do not provide a basis to reduce Defendant Elan's requested fee award.

10

1       Furthermore, Plaintiff objects to Elan's time entries pertaining to Hardy and Goate to the

2   extent that these entries stem from Elan's counsel's separate representation of these two

3   individuals.  In response, Elan states that it has removed "billing records for any time entry that

4   relates only to the separate representation of" these third-parties.  Indeed, a review of Elan's

5   records reveals that Elan does not seek compensation for time solely related to their attorneys'

6   representation of these individuals, such as fees for defending their depositions.  Rather, Elan's

7   billing entries referencing Hardy and Goate reflect time spent on activities where Elan's counsel

8   was involved on behalf of Elan, such as preparing for their <u>Avid</u> depositions.  **Given that, as**

9   **Plaintiff admits, Hardy and Goate were "key [] witnesses relied upon by" Defendants in this**

10  **case,  Elan's involvement with them was reasonable.  Accordingly, the Court does not reduce**

11  **Elan's fee award on this basis.**

12              **6.       Fees for Defendant's opposition to Plaintiff's motion to stay the case**

13      On September 8, 2011, the Parties in this case stipulated to take the Court's claim

14  construction deadlines off calendar in light of the then-pending trial in <u>Avid</u>.  However, the Parties

15  did not at that time propose staying this case.  On September 29, 2011, Defendant Eli Lilly moved

16  for summary judgment in this case.  On October 17, 2011, Plaintiff moved to stay this case, citing

17  the pendency of the <u>Avid</u> trial as well as an attorney conflict of interest that had arisen when the

18  University of South Florida intervened in <u>Avid</u>.  Soon thereafter, Plaintiff's counsel filed a motion

19  to withdraw in this case in the event that the stay was not granted.  When Plaintiff moved to stay

20  this case, both Defendant Eli Lilly's motion for summary judgment and Defendant Elan's motion

21  to compel were pending before this Court.  Additionally, Defendant Elan states that it too was

22  preparing to file a motion for summary judgment at that time.  Both Defendants opposed

23  Plaintiff's motion, arguing that the Court should instead decide Defendant Eli Lilly's, and

24  Defendant Elan's then soon to be filed, motions for summary judgment.  On December 22, 2011,

25  this Court granted Plaintiff's motion to stay.  (Dkt. 296.)  The case was stayed until May 11, 2012.

26  (Dkt. 305.)

27      Because this Court granted its motion to stay, Plaintiff argues that any fee award should

28  not include time spent opposing its motion.  However, recovery of attorneys' fees is not strictly

United States District Court
Northern District of California

11

limited to time spent on winning arguments, but rather includes time spent reasonably by the prevailing party. Defendants made non-frivolous arguments in opposition to Plaintiff's motion, although the Court was ultimately not persuaded. Accordingly, the Court does not exclude Defendants' time entries associated with opposing Plaintiff's stay motion.

### a. Defendant Eli Lilly's time entries during the stay

Plaintiff also argues that Defendant Eli Lilly "rack[ed] up roughly $120,000 in attorneys' fees between the date AIA filed its motion to stay and the date the parties' filed their status report after the Avid trial" and argues that any award should not include fees incurred during this time period. (Opp. to Eli Lilly Mot. at 10.) However, Plaintiff's $120,000.00 figure largely represents time billed prior to December 22, 2011, when the Court granted the stay. Defendant Eli Lilly billed relatively little time between December 22, 2011 and May 7, 2012, when the Parties' filed their joint status update regarding the Avid trial. (See Burwell Decl. Ex. 3; Eli Lilly Reply at 5 (noting that time spent on the case during the stay amounted to "less than $7,000 in billings").) Defendant Eli Lilly's time entries during this period are reasonable.

### b. Defendant Elan's time entries during the stay

In contrast to Defendant Eli Lilly, Defendant Elan incurred over $110,000.00 in attorneys' fees during the approximately five-month stay of this case. Defendant Elan states that during this time they "continued to review documents . . . [and] deposition transcripts . . . moved to quash a subpoena of Elan by AIA served [in] the Avid case (even though the case against Elan was stayed), and follow[ed] the proceedings in Avid, among other tasks." (Elan Reply at 6.) While some continued work during the pendency of a stay is appropriate, Elan fails to explain why expending such a large amount of time during the stay in this case was reasonable. Accordingly, the Court reduces the billing for Defendant Elan's work during the stay by $100,000.00.

### 7. Defendant Elan's time entries pre-dating the filing of this case

"[S]ome of the services performed before a lawsuit" are recoverable such as the "drafting of the initial pleadings and the work associated with the development of the theory of the case." See Webb v. Bd. of Educ. of Dyer Cnty., Tenn., 471 U.S. 234, 243 (1985) (allowing recovery of fees in a § 1983 case for time "reasonably expended on the litigation"); see also Dishman v.

United States District Court
Northern District of California

UNUM Life Ins. Co. of Am., 269 F.3d 974, 988 (9th Cir. 2001) (allowing for recovery of fees in an ERISA case for "work performed before the filing of the complaint [including] conferences with clients, drafting the complaint and other reasonable efforts directed toward the filing of the litigation"); Sierra Club v. U.S. E.P.A., 625 F. Supp. 2d 863, 870 (N.D. Cal. 2007) (applying case law interpreting other statutes to a Clean Air Act case and noting generally that it "appears from the existing case law that the court may award attorneys' fees for pre-litigation work that is necessary to the filing of an action. This requires the court to determine what is necessary and exclude that which may be merely relevant.").

Here, Plaintiff argues that Defendant Elan improperly seeks $235,780.00 in fees incurred prior to the initiation of this suit. (Opp. to Elan Mot. at 8.) Elan's billing entries reflect that it engaged counsel during this time to perform an analysis of Plaintiff's patents and of potential damages. Elan states that it "foresaw litigation" based on a letter from Plaintiff indicating that "[Plaintiff] believes that it is now appropriate for licensing discussion with Elan to re-commence" and that "it appears that a substantial portion of Elan's drug discovery efforts for Alzheimer's Disease are entirely reliant on the unauthorized use of [Plaintiff's] patented technology." (Scott Reply Decl. Ex. E.) As Elan reasonably anticipated that this litigation would occur, its reasonable fees incurred prior to the initiation of this case are recoverable. See Webb, 472 U.S. at 243. Accordingly, the Court does not reduce Elan's fee award on this basis.

### 8. Defendant Elan's billing records for work done by Howrey LLP

In March 2011, Defendant Elan substituted attorneys from Dickstein Shapiro LLP ("Dickstein") as their counsel in place of attorneys from Howrey LLP ("Howrey"), a firm which dissolved later that month. Plaintiff argues that the $1,419,849.50 in fees for work done by Howrey attorneys is unreasonable and should be discounted as Elan's new counsel must have engaged in duplicative efforts during the transition.

However, Plaintiff does not point to any specific entries, or even types of entries, that it views as improper. Defendant Elan notes that a key associate as well as two paralegals assigned to this case transitioned from Howrey to Dickstein, which helped minimize duplicative efforts. Additionally, in order to account for the transition, Defendant Elan states that it has not included

1   in its request fees totaling $342,289.00 for work done by Howrey attorneys from January to March

2   2011.  Moreover, Defendant Elan's billing records reflect a discount of $12,282.00 of Howrey's

3   fees from the end of 2010, a discount of $125,537.90 of Dickstein's fees for the first half of April

4   2011 and a discount of $55,480.05 of Dickstein's fees for May 2011.

5       Although Defendant Elan has properly discounted most of its fees related to its

6   representation transition, Elan still seeks $246,219.30 in fees incurred by Dickstein attorneys in

7   March 2011, the majority of which involve transition-related tasks.  Accordingly, the Court

8   reduces Elan's fee request for work performed in March 2011 **by 75% to $61,554.83.**

9               **9.    Pre- and post-judgment interest**

10      "Under 28 U.S.C. § 1961(a), interest is allowed on money judgments in civil cases

11  recovered in a district court accruing 'from the date of the entry of the judgment.'  Courts have

12  interpreted this to mean that post-judgment interest is calculated 'from the date of the judgment

13  establishing the right to the award.'" Monolithic Power Sys., Inc. v. 02 Micro Int'l Ltd., 2012 WL

14  1577365, at *3 (N.D. Cal. May 3, 2012) (quoting Takeda Chem. Indus. Ltd. v. Mylab Labs., Inc.,

15  2007 WL 840368, *14 (S.D.N.Y. 2007)) aff'd sub nom. Monolithic Power Sys., Inc. v. O2 Micro

16  Int'l Ltd., 726 F.3d 1359 (Fed. Cir. 2013); Mathis, 857 F.2d at 759-60 (Awarding post-judgment

17  interest in a patent case, noting that "[t]he provision for calculating interest from entry of judgment

18  deters use of the appellate process by the judgment debtor solely as a means of prolonging its free

19  use of money owed the judgment creditor.").  Additionally, "a district court [has] authority, in

20  cases of 'bad faith or other exceptional circumstances,' to award prejudgment interest on the

21  unliquidated sum of an award made under Section 285." Mathis, 857 F.2d at 761.

22      Here, Defendant Elan, but not Defendant Eli Lilly, requests that the Court award post-

23  judgment interest beginning June 5, 2015, the date of this Court's order finding that an award of

24  fees is appropriate, and requests that the Court "exercise its inherent equitable power to award

25  prejudgment interest."  Plaintiff does not address Elan's interest request in its opposition.  As this

26  Court determined that an award of attorney's fees was warranted on June 5, 2015, it awards post-

27  judgment interest to Defendant Elan beginning on that date.  However, Defendant Elan's pre-

28  judgment interest request is denied.

United States District Court
Northern District of California

14

## II.   CONCLUSION

Defendants' motions are granted in part.  Defendant Eli Lilly is awarded $4,445,492.13 in fees.  Defendant Elan is awarded $3,435,130.71 in fees, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

Dated: April 14, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge